zhusaliiind.

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez
Hagåtña, Guam 96910-5113
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America



**FILED**
DISTRICT COURT OF GUAM

JUN 15 2005

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

05-00048

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE _____ |
| | ) | |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| vs. | ) | |
| | ) | **ALIEN SMUGGLING** |
| DAN ZHU and | ) | [8 U.S.C. § 1324(a)(2)(B)(ii); |
| STEVEN SALII, | ) | and 18 U.S.C. § 2; and 6 U.S.C. |
| | ) | §§ 251 and 557] |
| Defendants. | ) | |

THE GRAND JURY CHARGES:

On or about December 5, 2004, within the District of Guam and elsewhere, the defendants herein, DAN ZHU and STEVEN SALII, did unlawfully and knowingly bring and attempt to bring an alien from the Peoples Republic of China, to wit: Yan Qiu, to the United States, knowing and in reckless disregard of the fact that said alien had not received prior official

//
//
//
//
//

authorization to come to, enter, or reside in the United States, in violation of Title 8, United States Code, § 1324(a)(2)(B)(ii), and Title 18, United States Code, § 2, and Title 6, United States Code, §§ 251 and 557.

DATED this __15th__ day of June, 2004.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

_____
RUSSELL C. STODDARD
First Assistant U.S. Attorney