IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
NOV 23 2005
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00048-002          DATE: 11/23/2005
***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding          Law Clerk: Judith Hattori
Court Recorder: Wanda M. Miles          Courtroom Deputy: Virginia T. Kilgore
Hearing Electronically Recorded: 11:52:47 - 12:02:04          CSO: D. Quinata

***APPEARANCES***

**DEFT:** STEVEN SALII          **ATTY:** RAWLEN MANTANONA
(X) PRESENT (X) CUSTODY ( ) BOND ( ) P.R.          (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID          AGENT:

U.S. PROBATION: CARMEN O'MALLAN          U.S. MARSHAL: G. PEREZ / V. ROMAN

INTERPRETER: _____          ( ) SWORN          LANGUAGE: _____

***

**PROCEEDINGS: INITIAL APPEARANCE AND ARRAIGNMENT**

(X) FINANCIAL AFFIDAVIT REVIEWED AND ACCEPTED: RAWLEN MANTANONA, ATTORNEY APPOINTED
(X) DEFENDANT SWORN AND EXAMINED: AGE: ___  HIGH SCHOOL COMPLETED: 1 YEAR COLLEGE
( ) DEFENDANT ARRAIGNED AND ADVISED OF HIS RIGHTS, CHARGES AND PENALTIES

(X) COURT QUESTIONS DEFENDANT REGARDING HIS PHYSICAL AND MENTAL CONDITION, AND ADVISES DEFENDANT
     OF THE NATURE AND POSSIBLE CONSEQUENCES OF SAID PLEA
(X) DEFENDANT WAIVES READING OF ( ) COMPLAINT ( ) INFORMATION (X) INDICTMENT
(X) PLEA ENTERED: ( ) GUILTY (X) NOT GUILTY - TO: ALIEN SMUGGLING
( ) COUNT(S) _____ DISMISSED ON GOVERNMENT'S MOTION

( ) SENTENCING DATE: _____ at _____ ( ) STATUS HEARING: _____ at _____
( ) PRESENTENCE REPORT ORDERED AND DUE: _____
( ) PRELIMINARY EXAMINATION SET FOR: _____
( ) ARRAIGNMENT SET FOR: _____ at _____
(X) TRIAL SET FOR: JANUARY 24, 2006 AT 9:30 A.M.

PROCEEDINGS CONTINUED TO: _____ at _____
( ) DEFENDANT TO BE RELEASED ON BOND (see release conditions on page 2)
(X) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL SERVICE FOR ( ) PROCESSING (X) DETENTION
( ) DETENTION HEARING REQUESTED BY _ GOV'T _ DEFT IS SET FOR: _____ at _____
( ) DEFENDANT RELEASED ON BAIL AS PREVIOUSLY ORDERED BY THIS COURT

**NOTES:**

Government recommended detention. No objection. Based upon insufficient information received by pretrial service, the Court detained the Defendant. Defense reserved the right to bring a bail motion at a later date.