
FILED
DISTRICT COURT OF GUAM
NOV 23 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>**DAN ZHU and STEVEN SALII,**<br><br>　　　　　Defendants. | CRIMINAL CASE NO. **05-00048**<br><br>**APPOINTMENT ORDER** |

IT IS HEREBY ORDERED that **RAWLEN MANTANONA** is appointed to represent defendant **STEVEN SALII** in the above-entitled case.

Dated this 23RD day of November, 2005.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JOAQUIN V.E. MANIBUSAN, Magistrate Judge
　　　　　　　　　　　　　　　　　U.S. DISTRICT COURT OF GUAM

**ORIGINAL**