# UNITED STATES DISTRICT COURT

District of _____ GUAM _____

UNITED STATES OF AMERICA

V.

STEVEN SALII

**WARRANT FOR ARREST**

Case Number: CR-05-00048-002

**FILED**
DISTRICT COURT OF GUAM
NOV 30 2005
MARY L.M. MORAN
CLERK OF COURT

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ STEVEN SALII _____
                                                Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with  (brief description of offense)

8:1324(a)(2)(B)(ii); & 18:2 & 6:251 & 557 - ALIEN SMUGGLING

in violation of Title _____ United States Code, Section(s) _____

| MARILYN B. ALCON | /s/ Marilyn B. Alcon | |
|---|---|---|
| Name of Issuing Officer | Signature of Issuing Officer | |
| Deputy Clerk | 6/15/2005 | Hagatna, Guam |
| Title of Issuing Officer | Date | Location |

ORIGINAL

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

520 West Soledad Ave. Hagatna Guam 96910

| DATE RECEIVED 06/15/2005 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 11/23/2005 | CJ DUSM Victor M. Roman | /s/ |

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____ STEVEN SALII _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:


FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:


INVESTIGATIVE AGENCY AND ADDRESS: