**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**



FILED
DISTRICT COURT OF GUAM
DEC - 9 2005
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| ) | |
| vs. ) | |
| ) | **MOTION TO RECONSIDER** |
| STEVEN SALII ) | **DETENTION** |
| ) | |
| Defendant. ) | |

COMES NOW, Defendant, STEVEN SALII, through counsel Cabot Mantanona, LLP, by RAWLEN M T MANTANONA, and moves this Honorable Court to reconsider releasing him on bail, with specific conditions as outlined below:

1. That Steven Salii be released on $25,000.00 personal recognizance bond, or in the alternative;

2. That Steven Salii be released to a qualified third party custodian, Lucas Salii; and

3. That Steven Salii will reside with his brother, Lucas Salii at 199 B Banyan Hts, Barrigada, Guam 96910, Telephone Number 632-4694.

This motion is based upon the documents and records of this case.

Dated: 12/8/05

CABOT MANTANONA LLP

By: _____
RAWLEN M T MANTANONA, ESQ.