**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

**FILED**
DISTRICT COURT OF GUAM

DEC 14 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| ) | |
| vs. ) | |
| ) | **NOTICE OF MOTION TO** |
| STEVEN SALII ) | **RECONSIDER DETENTION** |
| ) | |
| Defendant. ) | |

PLEASE TAKE NOTICE that on the 19th day of December 2005 at 9:00 a.m./p.m., Defendant Steven Salii will move the District Court of Guam to reconsider detention as requested herein. This motion is based upon the pleadings on file, this memorandum of points and authorities, and such other and further evidence or agreement that may be presented at the time of the hearing.

Dated this 8th day of Dec.

CABOT MANTANONA, LLP

By: 
RAWLEN M T MANTANONA, ESQ.

**RECEIVED**
DEC - 9 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM