IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


**FILED**
DISTRICT COURT OF GUAM
DEC 19 2005
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00048-001**          **DATE: 12/19/2005**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding       Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded: 9:18:42 - 9:25:50; 9:45:45 - 9:56:34       CSO: B. Pereda

*********************APPEARANCES*************************

**DEFT:** __STEVEN SALII__                             **ATTY:** __RAWLEN M.T. MANTANONA__
( X ) PRESENT   ( X ) CUSTODY   ( ) BOND   ( ) P.R.     ( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                           AGENT:

U.S. PROBATION: CARMEN O'MALLAN / MARIA CRUZ           U.S. MARSHAL: G. PEREZ

INTERPRETER: _____                    LANGUAGE: _____

**PROCEEDINGS:   MOTION TO RECONSIDER DETENTION**

( X ) MOTION(s) ARGUED BY     ( ) GOVERNMENT      ( X ) DEFENDANT
( X ) MOTION(s)  __X__ Granted  ____Denied  ____Withdrawn  ____Under Advisement
( ) ORDER SUBMITTED   ____Approved   ____Disapproved
( ) ORDER to prepared By: _____
( ) PROCEEDINGS CONTINUED TO:

NOTES:

Ms. Johnson stated that she did not oppose the defendant's release, however, she requested that the conditions include electronic monitoring and for the defendant to stay away from all ports of entry. Mr. Mantanona presented two proposals of release to the Court. The Court released the defendant with conditions and placed him in the custody of his brother, Lucas Salii. The Court admonished the defendant to abide by all his release conditions.

The Court and parties discussed the trial date. Mr. Mantanona stated that the parties will file an ends of justice motion to continue the trial.