**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913



**FILED**
DISTRICT COURT OF GUAM
DEC 22 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Steven Salii**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII ) <br> ) <br> Defendant. ) | Criminal Case No.CR-05-00048-002 <br><br> **MOTION FOR INVESTIGATOR** |

COMES NOW, Defendant, STEVEN SALII, though counsel Cabot Mantanona LLP, by RAWLEN MT MANTANONA, and moves this court for an order granting the following relief. The Court authorizes appointment of an investigator for Defendant. The Sixth Amendment to the Constitution of the United States of America authorizes this relief.

Dated: December 21, 2005

CABOT MANTANONA LLP

By: _____
RAWLEN M T MANTANONA, ESQ.

# ORIGINAL

Case 1:05-cr-00048     Document 35     Filed 12/22/2005     Page 1 of 1