**CABOT**
**MANTANONA LLP**
BankPacific Building, 2ⁿᵈ Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM

DEC 21 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Steven Salii**

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. **CR-05-00048-002** |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MEMORANDUM IN SUPPORT OF** |
| ) | **MOTION FOR INVESTIGATOR** |
| STEVEN SALII ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES

### STATEMENT OF FACTS

The government in the above entitled case indicted the defendant for allegedly assisting in bringing an alien from the People's Republic of China into the Territory of Guam on December 5, 2004. The original flight in this matter arrived from the Republic of Palau. The alleged crime appears to have been agreed upon and began by the defendant and a co-defendant in Palau. There are identifiable witnesses which are located in the Republic of Palau that need to be interviewed and also witnesses on Guam. Thus, the defendant in an effort to have a fair trial needs the assistance of an investigator to prepare his defense.

## ARGUMENT

Defendant has a statutory right to an investigator.

### 18 U.S.C.A. §§ 3006A(e)(1) Services other than counsel.

> (1)    Upon request-Counsel for a person who is financially unable to obtain investigative, expert, or other services necessary for adequate representation may request them in an ex parte application. Upon finding, after appropriate inquiry in an ex parte proceeding, that the services are necessary and that the person is financially unable to obtain them, the court, or the United States magistrate judge if the services are required in connection with a matter over which he has jurisdiction, shall authorize counsel to obtain the services.

Further, Defendant rights to an investigator forms part of Defendant's right to counsel embodied in the Constitution's Sixth Amendment and rendered applicable to Guam via 48 U.S.C. 1421 b(u). See also, Mason v. Arizona, 504 F.2d 1345 (9th Cir., 1974).

Defendant accordingly requests that the Court approve expenditure of public funds for an investigator to assist Defendant's defense of this action. Defendant request a budget not to exceed $1,600.00 at an hourly rate of $50.00.

## CONCLUSION

Defendant Salii respectfully prays that his motion for investigator be granted.

Dated this _21_ day of ___Dec___, 2005.

CABOT MANTANONA LLP
Attorneys for Defendant

By: _____
RAWLEN M T MANTANONA, ESQ.