**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913

Attorneys for **Steven Salii**


**FILED**
DISTRICT COURT OF GUAM
DEC 27 2005
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. **CR-05-00048-002** |
| Plaintiff, ) | |
| vs. ) | **ORDER** ~~(PROPOSED)~~ Only |
| STEVEN SALII ) | |
| Defendant. ) | |

~~This action came before the Court on _____, 200_, the Court reviewed the papers submitted by Defendant.~~

The Court finds good cause appears for the requested relief, and accordingly.

IT IS HEREBY ORDERED THAT:

1. Defendant is authorized to hire an investigator to assist with defense of the charges filed against Defendant in this action.

2. The investigator shall charge no more than $50.00 per hour for his services rendered pursuant to paragraph 1 of this Order. The total funds to be expended shall not exceed the statutory limit of $1,600.00.

Executed: 12/27/2005

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

RECEIVED
DEC 21 2005
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL