**CABOT
MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM
DEC 30 2005
MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Steven Salii**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **Criminal Case No. CR-05-00048-002** |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE TRIAL |
| ) | DATE AND EXCLUDING TIME |
| vs. ) | |
| ) | |
| STEVEN SALII, ) | |
| ) | |
| Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties herein that the Defendant's Trial presently scheduled for January 17, 2006, at 9:30 a.m., be continued for at least one month, or a date convenient for the Court's calendar. The assigned Assistant United States Attorney will be off island for the periods February 13, 2006 to February 20, 2006, and March 24, 2006 to April 2, 2006, and request that the trial not be set at this time.

The parties request this continuance because there is a need for defendant to conduct an off island investigation in the Republic of Palau to adequate prepare defendant's case for trial. Further, Defense counsel is court appointed and will be motioning the court

separately for permission to spend court fees to conduct the investigation in Palau. The motion has not yest been calendared.

The investigation will entail traveling to Palau locating important witnesses, arranging interviews and conducting the interviews. Unfortunately, the Defendant's court appointed counsel due to his caseload is unable to conduct the need travel and investigation prior to the set trial date.

IT IS FURTHER STIPULATED AND AGREED by and between the parties that the time period beginning and including January 17, 2006, to the trial date, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161.

Therefore, for the reasons set forth in this stipulation, the parties respectfully submit that this continuance is in Mr. Salii's best interests, furthers judicial economy and efficiency and is in society's best interests. Mr. Salii has been consulted and concurs with the proposed continuance. Thus, the ends of justice are best served by this proposed continuance.

IT IS SO STIPULATED:

DATED: 12/30/05

_____
RAWLEN M T MANTANONA, ESQ.
Attorneys for Defendant

_____
KARON V. JOHNSON, ESQ.
Attorney for Plaintiff
UNITED STATES OF AMERICA