**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913



**FILED**
DISTRICT COURT OF GUAM

DEC 3 0 2005

MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Steven Salii**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No.**CR-05-00048-002** |
| Plaintiff, | ) | |
| vs. | ) | **MOTION FOR PERMISSION TO TRAVEL AND CONDUCT INVESTIGATION OFF ISLAND** |
| STEVEN SALII | ) | |
| Defendant. | ) | |

COMES NOW, Defendant, STEVEN SALII, though counsel Cabot Mantanona LLP, by RAWLEN MT MANTANONA, and moves this court for an order granting the following relief. The Court authorization for defendant's counsel and investigator to travel and conduct investigation off island to the Republic of Palau.

Dated: December 29, 2005

CABOT MANTANONA LLP

By: _____
RAWLEN M T MANTANONA, ESQ.