**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

FILED
DISTRICT COURT OF GUAM

DEC 30 2005 ap

MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. **CR-05-00048-002** |
| Plaintiff, | ) | |
| vs. | ) | **MEMORANDUM IN SUPPORT OF MOTION FOR PERMISSION TO TRAVEL AND CONDUCT INVESTIGATION OFF ISLAND** |
| STEVEN SALII | ) | |
| Defendant. | ) | |

## MEMORANDUM OF POINTS AND AUTHORITIES

The defense counsel has been appointed to represent defendant in the above entitled case Pursuant to 18 G.C.A. § 3006A. Defendant has sought the appointment of an investigator (motion filed with the court on December 22, 2005) pursuant to 18 U.S.C. § 3006(A)(e)(1).

The above entitled case alleges that the defendant made an agreement with a co-defendant while in Palau in December 2004 to assist an illegal alien with a fraudulent Singapore passport to enter Guam from the Republic of Palau. The government asserts that some of the defendant's acts that assisted the alien occurred in Palau. Defendant's counsel asserts that to provide the defendant a fair trial that he and defendant's investigator must be allowed to travel to the Republic of Palau to interview crucial witnesses in this case and investigate defendant's alleged acts. Defendant intends to

conduct interviews and conferences, investigative work and will need travel time back and forth from Guam to Palau. Such acts are authorized acts pursuant to 18 U.S.C. § 3006A(d)(4)(B)(ii)(V), (VIII) (IX).

Pursuant to CJA Guideline Plan 2.23 "Court plans may require advance authorization for such items as counsel's expense over stipulated amounts of counsel's travel in excess of stipulated distances". Defendant believes that these amounts will exceed the statutory authorization for expenditures and payments. Thus, defendant's counsel requests Court's prior approval, prior to making these arrangements in efforts to prepare the defendant's defense.

## CONCLUSION

Defendant Salii respectfully prays that his motion for permission and expenditure of funds to travel and conduct an investigation off island be granted.

Dated this 30 day of DEC, 2005.

CABOT MANTANONA LLP

By: _____
RAWLEN M T MANTANONA, ESQ.