**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

**FILED**
DISTRICT COURT OF GUAM

DEC 30 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Criminal Case No. CR-05-00048-002** |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| STEVEN SALII ) | |
| ) | |
| Defendant. ) | |

I, CHARLENE D. MAYO, hereby certify that a copy of the Stipulation to Continue Trial and Exclude Time, and Order re: Stipulation to Continue trial and Exclude Time [Proposed] was duly hand-delivered or faxed to the following on December 30, 2005:

Office of the United States Attorney General
247 West O'Brien Drive
Hagatna, Guam 96910

DATED: Dec. 30, 2005

_____
CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona, Esq.