**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

**FILED**
DISTRICT COURT OF GUAM

DEC 30 2005

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Criminal Case No. CR-05-00048-002** |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| STEVEN SALII ) | |
| ) | |
| Defendant. ) | |

I, CHARLENE D. MAYO, hereby certify that a copy of the Motion for Permission to Travel and Conduct Investigation Off Island, Memorandum in Support of Motion for Permission to Travel and Conduct Investigation Off Island, Notice of Hearing on Motion for Permission to Travel and Conduct Investigation Off Island, and Order was duly hand-delivered or faxed to the following on December 30, 2005:

Office of the United States Attorney General
247 West O'Brien Drive
Hagatna, Guam 96910

DATED: Dec. 30, 2005

CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona, Esq.