FILED
DISTRICT COURT OF GUAM
JAN 05 2006
MARY L.M. MORAN
CLERK OF COURT

**DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN SALLII,<br><br>Defendant. | Criminal Case No. 05-00048<br><br>**ORDER**<br><br>Scheduling Motions to Continue Trial and for Permission to Travel and Conduct Off-Island Investigation |

Defendant Steven Sallii has filed motions to continue the trial in this matter and for permission to travel off-island to conduct further investigation. The trial in this matter is currently scheduled for January 17, 2006. A hearing on the motions is set for Monday January 9, 2006 at 10:00 a.m. before the Honorable Donald W. Molloy[1]. The Government has until January 6, 2006 to file a response.

**SO ORDERED** this 5th day of January, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge
District of Guam

---

[1] The Honorable Donald W. Molloy, United States Chief District Judge for Montana, by designation.