**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**



FILED
DISTRICT COURT OF GUAM
JAN 06 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. CR-05-00048-002 |
| vs. | |
| STEVEN SALII | AMENDED STIPULATION ON DEFENDANT SALII'S CONDITIONS OF RELEASE |
| Defendant. | |

Defendant, STEVEN SALII, by and through his counsel of record, Rawlen M T Mantanona and the United States by and through Assistant U.S. Attorney Karon Johnson, hereby stipulate to amend Defendant's release conditions of release;

1. That defendant is placed in the custody of Lucas Salii currently residing at 199 B Banyan Heights, Barrigada, Guam.

2. That defendant shall report to the U.S. Probation Office not later then directed.

3. That defendant surrender any passport to the District Court of Guam Clerk.

4. That defendant notify the U. S. Pretrial Office of change of residence address or contact numbers.

5. That defendant refrain from possessing a firearm, destructive device, or other dangerous weapons.

6. That defendant stay away from all ports of entry and exit, except for employment purposes.

7. That defendant not leave the Territory of Guam without permission of the Court.

8. Clark Salii the son of Lucas Salii has been approved as a third party custodian.

9. That when the third party custodian Lucas Salii needs to leave island for business that defendant shall be supervised by Clark Salii. Further, when Lucas Salii is off island defendant shall stay at 199 B Banyan Heights, Barrigada, Guam.

_____
Steven Salii, Defendant
Dated: 01/06/06

_____
Lucas Salii, Third Party Custodian
Dated: 1.06.06

_____
Clark Salii, Proposed Third Party Custodian
Dated: 1/6/6

Dated: 1/6/06    By:

CABOT MANTANONA, LLP

_____
Rawlen M T Mantanona, Esq.

Dated: 1/6/06    By: *Karon V. Johnson*
Karon Johnson, Esq.
Assistant U.S. Attorney

Dated: JAN. 6, 2006    By: *[signature]*
Frank M. Cruz, Chief Probation Officer