CABOT
MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
JAN 0 6 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Steven Salii**

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| UNITED STATES OF AMERICA | ) | Criminal Case No. CR-05-00048-002 |
|---|---|---|
| vs. | ) | |
| | ) | **ORDER** |
| STEVEN SALII | ) | **Re: AMENDED STIPULATION** |
| | ) | **ON DEFENDANT SALII'S** |
| Defendant. | ) | **CONDITIONS OF RELEASE** |

The Court reviewed the amended Stipulation submitted by Defendant and Government.

The Court finds good cause appears for the requested relief, and accordingly.

IT IS HEREBY ORDERED THAT:

Defendant, STEVEN SALII's condition of release are modified as follows:

1. That defendant is placed in the custody of Lucas Salii currently residing at 199 B Banyan Heights, Barrigada, Guam.

2. That defendant shall report to the U.S. Probation Office not later then directed.

3. That defendant surrender any passport to the District Court of Guam Clerk.

ORIGINAL

U.S.A. vs. Steven Salii; CR-05-00048-002
Order Re: Amended Stipulation on Defendant Salii's Conditions of Release
page 2

4. That defendant notify the U.S. Pretrial Office of change of residence address or contact numbers.

5. That defendant refrain from possessing a firearm, destructive device, or other dangerous weapons.

6. That defendant stay away from all ports of entry and exit, except for employment purposes.

7. That defendant not leave the Territory of Guam without permission of the Court.

8. That Clark Salii the son of Lucas Salii is approved as a third party custodian.

9. That when the third party custodian Lucas Salii needs to leave island for business that defendant shall be supervised by Clark Salii. Further, when Lucas Salii is off island defendant shall continue to stay at 199 B Banyan Heights, Barrigada, Guam.

Executed: 1/6/06



RECEIVED
JAN 06 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam