ORIGINAL

Salii.rsp

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII, ) <br> ) <br> Defendant. ) | CRIMINAL CASE NO. 05-00048 <br><br> **GOVERNMENT'S RESPONSE TO MOTION TO CONTINUE TRIAL** |

The government has reviewed the motion of defendant to continue the trial of this matter, now set for January 24, 2006. The government agrees that he has alleged sufficient facts to justify a continuation for the ends of justice, 18 U.S.C. § 3161(h)(8)(A), and accordingly to toll the 70-day period required by the Speedy Trial Act.

Government counsel is scheduled to be Stateside on the following dates: January 23-27, 2006, for a Ninth Circuit Asset Forfeiture Component Conference; February 13-22, 2006, for the National Asset Forfeiture Chiefs Conference at the National Advocacy Center and personal leave; and March 27-April 4, 2006, for personal leave. Counsel respectfully requests this Honorable Court

//
//
//

to set the trial date in this matter for March 1, 2006. The government estimates the length of its case to be about two days.

Respectfully submitted this  6th  day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney