IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


**FILED**
DISTRICT COURT OF GUAM
JAN 09 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00048-002**  **DATE: January 9, 2006**

**HON. DONALD W. MOLLOY, Designated Judge, Presiding**    Law Clerk: Jeff Roth
Court Reporter: Wanda Miles    Courtroom Deputy: Leilani Toves Hernandez
**Electronically Recorded: 10:02:21 - 10:17:25**    CSO: F. Tenorio

* * * * * * * * * * * * * * * * * * * * * * * **A P P E A R A N C E S** * * * * * * * * * * * * * * * * * * * * * * * *

**DEFT:** **STEVEN SALII**    **ATTY :** **RAWLEN M.T. MANTANONA**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON    AGENT:

U.S. PROBATION: MARIA CRUZ    U.S. MARSHAL: G. PEREZ

INTERPRETER: _____    LANGUAGE : _____

**PROCEEDINGS:    MOTION TO CONTINUE TRIAL**
**MOTION TO TRAVEL AND CONDUCT INVESTIGATION OFF-ISLAND**

( X ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( X ) DEFENDANT

( X ) MOTION(s)  _X_ Granted  ___ Denied  ___ Withdrawn  ___ Under Advisement

( ) ORDER SUBMITTED    ___ Approved    ___ Disapproved

( X ) ORDER to prepared By:  _Court_

( ) PROCEEDINGS CONTINUED TO:

**NOTES:**

Motions were argued by Defense. Government had no objections.

The Court Granted the Motion to Travel to Palau to conduct the investigation, however, limited the travel to two days.

Motion to Continue Trial was also Granted. Trial is now scheduled for March 7, 2006 at 9:30 a.m.

**Courtroom Deputy:**