CABOT
MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| ) | |
| vs. ) | |
| ) | **DEFENDANT SALII'S EMERGENCY** |
| STEVEN SALII ) | **MOTION FOR TEMPORARY** |
| ) | **MODIFICATION IN CONDITIONS** |
| Defendant. ) | **OF RELEASE TO PERMIT** |
| ) | **DEFENDANT TO ATTEND FUNERAL** |
| ) | **OF HIS UNCLE** |

Defendant Salii, by and through counsel, hereby files this emergency motion for a temporary change in his conditions of release to permit him to attend the funeral for his recently deceased Uncle Edobo Temengil, in Palau. As grounds for this motion, defendant Salii states as follows:

1. Defendant Salii is currently released in the above-captioned case to Lucas Salii and Clark Salii, court approved third party custodians.

2. Defendant has been on third party release for approximately two (2) months. He has been fully compliant with the rules and conditions of release.

3. On January 28, 2006, defendant's Uncle Edobo Temengil is scheduled for funeral and burial. The decedent was extremely closed to the defendant and his family

U.S.A. vs. Steven Salii
Criminal Case CR-05-00048-02
Defendant Salii's Emergency Motion for Temporary Modification in Conditions of
Release to Permit Defendant to Attend Funeral of his Uncle
page 2

who respectfully request his presence. A copy of the correspondence from the defendant's wife Joyce Salii is attached as Exhibit "A".

4. In order to permit him to attend the funeral, defendant needs this court to modify his release conditions.

5. Defendant Salii, is under very trying circumstances, defendant's family is grieving and wants defendant to be there to lend his support and provide comfort.

6. Defendant's third party custodians are scheduled to depart for Palau on January 27, 2006 and is scheduled to return on February 4, 2006.

7. Defendant has bought a ticket with same accommodations for defendant, if he is permitted to travel. See "Exhibit "B."

8. Defendant's counsel attempted to call U.S. Assistant Attorney Karon Johnson to obtain the government's consent to his motion, defendant's counsel was later advised that Ms. Johnson would not agree to the modification.

WHEREFORE for the foregoing reason, it is respectfully requested that the Court enter an order permitting Defendant Salii to leave for Palau on January 27, 2006 for the purpose of attending Mr. Temengil funeral, and that he voluntarily return to Guam on February 4, 2006, 5:25 a.m. that morning.

Respectfully submitted this ___24___ day of January, 2006.

CABOT MANTANONA LLP

_____
RAWLEN M T MANTANONA, ESQ.

22 January 2006

Mr. Rawlen M.T. Mantanona  
Attorney-At-Law  
Bank Pacific Building, 2nd Floor  
825 South Marine Corps. Drive  
Tamuning, Guam 96913

Fax: (671) 646-0777  
Fon: " 646 2001

Dear Mr. Mantanona:

Thank you for your kind and fruitful efforts to name Clark Salii as an additional custodian for my husband, Steve. It has, indeed, ease up matters in consideration of the work schedules of the individuals involved.

Mr. Mantanona, last Monday, 16 January 2006, Steve's uncle, Mr. Edobo Temengil, died of a sudden heart attack here in Palau. This uncle has been like a father, brother and friend to Steve since his high school years. A father to many children, he and his first wife took Steve into their home and treated him with kindness and nursed him back to good health. To this day, Uncle Edobo has played a key role and positive influence in Steve's life, particularly raising and listening to our children. It is with this big loss in our family that I join Steve and request your assistance along with the U.S. Probation Office to request the court to please consider and allow Steve to attend the funeral and pay his last respects to his uncle. As of today, the funeral is scheduled for Saturday, 28 January 2006. Would it be possible for the court to consider allowing Steve to arrive 2-3 days prior to the funeral so that he can help prepare for the funeral? I am advised by a family that there will be a funeral at the family home in Koror for a few hours and then onward via state boat to Angaur for burial. Due to the time of burial, the state boat will be returning to Koror the next day, Sunday.

Steve and I both assure his return to Guam accordingly as required by the court. We are both willing to put our house in Palau as collateral to assure his return. If there is anything else that I can do to reassure the court, please advise.

Thank you once again for your consistent kindness, understanding, support and helpful action.

Gratefully,

Joyce Bechal Salii  
Spouse of Client (Steven Salii)

Fon/Fax: (680) 488-6509

cc:

Carmen D. O'Mallan    U.S. Probation Officer Specialist  
Carlos H. Salii          Attorney-at-Law

Fax: (671) 473-9202  
Fax: (680) 488-2685

EXHIBIT "A"

Mr. Montanona,

I'm sorry about this handwritten but when Steve called it was 12:30 P (Palau Time) and Continental was closed until 1:30 P (35 minutes ago).

We just had the reservation made.

```
         #FD
      BALII/CLARK
   CO 9530 27JAN FR GUMROR HK1    740P   840P
      04FEB SA RORGUM HK1    230A   525A

        6509*JOYCE/H000
      -AUTO PRICED   -  $-$-.GUM
      ADT
         XY7.00    XT13.36              TTL642.36
       + USD642.36

   PLUS $10.00 TKT SVC FEE / TOTAL $652.36
```

Carlos will pay ticket once court approves. Otherwise he will loose funds, because ticket is non refundable.

Thanks,

Joyce A. Salii

25 January 2006

Mr. Rawlen M.T. Mantanona          Fax: (671) 646-0777
Attorney-At-Law          Phone: "   646-2001
Bank Pacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

Dear Mr. Mantanona:

Submitted herewith is the flight itinerary for Steve based on his LOCATOR #UCEZ1R as follows:

| Dep / Arr | GUM / ROR | Fri | 1/27 | 740P / 840P |
|---|---|---|---|---|
| Dep / Arr | ROR / GUM | Sat | 2/04 | 230A / 525A |

We made the reservation to return on a weekend thinking it would be a non-school and non-working day and with hope that it would not interrupt Lukas family of their daily preparation for school and work. Upon the approval of the court, I will pay the ticket as eticket. We hope this meets the court requirement and that Steve's be given an opportunity to pay his respects to his uncle.

You have my assurance that Steve will return to Guam accordingly.

Best regards,

Carlos H. Salii
Brother to Client (Steven Salii)

---

```
UCEZ1R  *FQ
 1. 1SALII/STEVENMR
 1 CO 9530 27JAN FR GUMROR HK1    740P  840P
 2 CO 9540 04FEB SA RORGUM HK1    230A  525A
FONE-
 1. ROR488-6509*JOYCE/H000
FARE QUOTE-AUTO PRICED  - $-$-.GUM
 1 - PSGR  1 ADT
USD622.00      XY7.00    XT13.36           TTL642.36
TOTAL FARE - USD642.36
TKT-TL
GEN FAX-
 1. USD  00 * PLUS $10.00 TKT SVC FEE / TOTAL $652.36
```

EXHIBIT "B"