**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**



**FILED**
DISTRICT COURT OF GUAM

JAN 2 6 2006

**MARY L.M. MORAN
CLERK OF COURT**

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| )  vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| STEVEN SALII ) | |
| )  Defendant. ) | |

I, CHARLENE D. MAYO, hereby certify that a copy of defendant Salii's Emergency Motion for Temporary Modification in Conditions of Release to Permit Defendant to Attend Funeral of his Uncle was duly hand-delivered or faxed to the following on January 26, 200:

Office of the United States Attorney General
247 West O'Brien Drive
Hagatna, Guam 96910

United States Probation Office
District Court of Guam
520 West Soledad
Hagatna, Guam 96910

DATED: January 26, 2006

_____
CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona, Esq.

**ORIGINAL**

STAMPED IN ERROR
STAMPED IN ERROR