IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
JAN 2 7 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00048-002**  **DATE: 01/27/2006**

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding  Law Clerk: Judith Hattori
Court Reporter: Wanda Miles  Courtroom Deputy: Virginia T. Kilgore
**Electronically Recorded: 11:02:21 - 11:44:26**  CSO: F. Tenorio / J. Lizama

*********************** A P P E A R A N C E S ***************************

**DEFT:** STEVEN SALII  **ATTY :** TED CHRISTOPHER for RAWLEN MANTANONA
( X ) PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.  ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: MARIVIC DAVID  AGENT: BYRON FARLEY, BUREAU OF CUSTOMS AND IMMIGRATION ENFORCEMENT

U.S. PROBATION: CARMEN O'MALLAN  U.S. MARSHAL: W. GRAY / C. MARQUEZ
INTERPRETER: _____  LANGUAGE : _____

**PROCEEDINGS: MOTION FOR TEMPORARY MODIFICATION OF CONDITIONS OF RELEASE**

( X ) MOTION(s) ARGUED BY  ( X ) GOVERNMENT  ( X ) DEFENDANT
( X ) MOTION(s)  _X_ Granted  ___Denied  ___Withdrawn  ___Under Advisement
( ) ORDER SUBMITTED  ___Approved  ___Disapproved
( X ) ORDER to prepared By: __Court__
( ) PROCEEDINGS CONTINUED TO:

NOTES:

The Probation Officer, Carmen O'Mallan, addressed the Court and stated that she did not oppose the motion. Defendant's brother, Lucas Salii addressed the Court. The defendant addressed the Court and stated that he will abide by the conditions imposed by the Court. The Court permitted the defendant to travel to Palau and stated its reasons. The Court ordered that defendant's passport be released to him for travel and that he surrender his passport upon his return to Guam. The Court further ordered defendant's third-party custodian, Clark Salii, to accompany the defendant to Palau and to bring him back to Guam on February 4, 2006. The Court informed Mr. Clark Salii that sanctions will be imposed if the defendant does not return to Guam as scheduled. The Court instructed the defendant not to discuss his case with anyone while he is in Palau.

Courtroom Deputy: ____