**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

**FILED**
DISTRICT COURT OF GUAM

JAN 27 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII ) <br> ) <br> Defendant. ) <br> _____) | Criminal Case No. CR-05-00048 <br><br> **ORDER** |

This matter comes before the Court on defendant Salii's request to leave Guam to attend his Uncle Edobo Temengil's funeral in Palau.

The Court hereby grants the defendant's request and permits defendant Salii to leave Guam for Palau on January 27, 2006, and to return to Guam no later than February 4, 2006. The Defendant's third party custodian Clark Salii shall accompany the Defendant from Guam to Palau and shall escort the Defendant back to Guam in accordance with the schedule set forth above. The Defendant's passport shall be released to him, but said passport shall be immediately returned to the Clerk of Court upon the Defendant's return to Guam.

SO ORDERED this 27th day of January 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge