**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913



**FILED**
DISTRICT COURT OF GUAM

FEB -7 2006🇵

MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Steven Salii**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>STEVEN SALII<br><br>  Defendant. | Criminal Case No. **CR-05-00048-002**<br><br>**DEFENDANT'S SECOND MOTION FOR PERMISSION TO TRAVEL AND CONDUCT INVESTIGATION OFF ISLAND** |

COMES NOW, Defendant, STEVEN SALII, though counsel Cabot Mantanona LLP, by RAWLEN MT MANTANONA, and moves this court for an order granting the following relief. The Court authorization for defendant's investigator to travel and conduct investigation off island to the Republic of Palau.

Dated: February 6, 2006

                                        CABOT MANTANONA LLP

              By: _____
                               RAWLEN M T MANTANONA, ESQ.

**ORIGINAL**