**CABOT
MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

FILED
DISTRICT COURT OF GUAM
FEB - 7 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. **CR-05-00048-002** |
| Plaintiff, ) | |
| vs. ) | **MEMORANDUM IN SUPPORT OF DEFENDANT'S SECOND MOTION** |
| STEVEN SALII ) | **FOR PERMISSION TO TRAVEL AND CONDUCT INVESTIGATION** |
| Defendant. ) | **OFF ISLAND** |

### MEMORANDUM OF POINTS AND AUTHORITIES

Defendant's counsel and investigator went to Palau on January 31, 2006, pursuant to and in accordance with this court's order issued on January 5, 2006. The purpose was to conduct an investigation of defendant's alleged acts. The focus of the investigation was the interviews of two (2) Continental employees which the government alleges the defendant conspired, cooperated with or convinced to assist him in his alleged smuggling of a Chinese national into Guam from Palau.

Upon arrival, all efforts to contact and interview the potential witnesses Continental employees Sadaria Lirow and Martha Marcil where stone walled and prevented by Continental Management. The employer where holding the employees to their confidentiality agreement. Continental management stated they wanted us to submit our questions in writing and they will be submitted to Continental Legal Counsel

in Houston to determine if we could interview the employees. The employees are scared of losing their jobs. Defendant's counsel and investigator used the remaining time to work with the defendant preparing the case for trial.

These witnesses are crucial to defendant's defense. Defendant will submit the questions to Continental in the near future for permission and approval. The United States stated they had the same difficulty but were finally able to interview those witnesses.

Defendant seeks the court's approval to allow the defendant's investigator alone once permission by Continental is granted to fly to Palau and interview the two (2) remaining witnesses. Defendant is requesting round trip airfare and one night stay. Their role and testimony is essential to defendant's defense.

## CONCLUSION

Defendant Salii respectfully prays that his motion for permission and expenditure of funds to travel and conduct an investigation off island be granted.

Dated this 6TH day of May, 2006.

CABOT MANTANONA LLP

By: _____
RAWLEN M T MANTANONA, ESQ.