**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**



**FILED**
DISTRICT COURT OF GUAM

FEB - 7 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| ) | |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| STEVEN SALII ) | |
| ) | |
| Defendant. ) | |

I, CHARLENE D. MAYO, hereby certify that a copy of defendant Salii's Notice of Hearing, Motion for Permission to Travel and Conduct Investigation Off Island, and Memorandum in Support of Defendant's second Motion for Permission to Travel and Conduct Investigation Off Island was duly hand-delivered or faxed to the following on FEB 7, 2006:

Office of the United States Attorney General
247 West O'Brien Drive
Hagatna, Guam 96910

United States Probation Office
District Court of Guam
520 West Soledad
Hagatna, Guam 96910

DATED: FEB. 7, 2006

_____
CHARLENE D. MAYO
Legal Secretary to Rawlen M T Mantanona, Esq.