**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913

Attorneys for **Steven Salii**



**FILED**
DISTRICT COURT OF GUAM

FEB 13 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. **CR-05-00048-002** |
| Plaintiff, ) | |
| vs. ) | **NOTICE OF HEARING ON DEFENDANT'S SECOND MOTION FOR PERMISSION TO TRAVEL AND CONDUCT INVESTIGATION OFF ISLAND** |
| STEVEN SALII ) | |
| Defendant. ) | |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 16th day of February, 2006 at 9:30 a.m., Defendant Steven Salii will move the District Court of Guam for an Order to allow funding for defendant's investigator to travel and conduct investigation off island in the Republic of Palau. This motion is based upon the pleadings on file, this memorandum of points and authorities, and such other and further matters as may be present at the time of the hearing.

Dated this 6th day of Feb, 2006.

CABOT MANTANONA LLP

_____
RAWLEN M T MANTANONA, ESQ.

**RECEIVED**
FEB - 7 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

ORIGINAL