IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


FILED
DISTRICT COURT OF GUAM
FEB 16 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00048-002        DATE: 02/16/2006

HON. JOAQUIN V.E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: Judith Hattori
Court Recorder & Courtroom Deputy: Virginia T. Kilgore
Electronically Recorded: 9:40:38 - 9:44:58        CSO: L. Ogo

****************** APPEARANCES *********************

DEFT: __STEVEN SALII__                ATTY: __RAWLEN MANTANONA__
(X) NOT PRESENT  ( ) CUSTODY  (X) BOND  ( ) P.R.    (X) PRESENT  ( ) RETAINED  ( ) FPD  (X) CJA APPOINTED

U.S. ATTORNEY: JEFF STRAND            AGENT:
U.S. PROBATION: JUDY OCAMPO           U.S. MARSHAL: D. PUNZALAN
INTERPRETER: _____           LANGUAGE: _____

PROCEEDINGS:   SECOND MOTION FOR PERMISSION TO TRAVEL AND
               CONDUCT INVESTIGATION OFF ISLAND

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT
(X) MOTION __X__ Granted ____Denied ____Withdrawn ____Under Advisement
( ) ORDER SUBMITTED ____Approved ____Disapproved
(X) ORDER TO BE ISSUED BY COURT
( ) PROCEEDINGS CONTINUED TO:

NOTES:

Mr. Mantanona waived his client's presence. Mr. Strand stated that the government does not oppose the motion. The Court granted the motion contingent upon Mr. Mantanona securing interviews with the witnesses in Palau.

Courtroom Deputy: ____