**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

**FILED**
DISTRICT COURT OF GUAM

FEB 21 2006

MARY L.M. MORAN
CLERK OF COURT

### DISTRICT COURT OF GUAM
### TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048 |
| )  vs. ) | **ORDER** |
| ) STEVEN SALII ) | |
| )  Defendant. ) | |

Based on the Defendant's Second Motion for permission to Travel and Conduct Investigation Off Island and the Government's non-opposition, the Court finds good cause for the requested relief. Accordingly, the Defendant's investigator is authorized to travel to the Republic of Palau to conduct further investigation, but said travel authorization is contingent upon receipt of permission from Continental Airlines to speak with its employees regarding this matter. The expenditure of funds pursuant to the Criminal Justice Act to cover the cost of the one (1) economy roundtrip airfare and one (1) night stay at a hotel is hereby authorized.

SO ORDERED this 21st day of February 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge

**ORIGINAL**