

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN SALII,<br><br>Defendant. | Criminal Case No. 05-00048<br><br>ORDER |

The trial in this case is presently scheduled for Tuesday, March 7, 2006. All trial documents should have been submitted as of February 28, 2006. To the extent they have not been so filed, the parties are to file any outstanding documents immediately. In addition, a final pretrial conference is scheduled for March 6, 2006 at 1:30 p.m. before the Honorable James L. Robart.*

SO ORDERED this 2nd day of March, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U. S. Magistrate Judge

---

*The Honorable James L. Robart, United States District Judge for the Western District of Washington, by designation.