stevensaliiexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR - 2 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00048 <br><br> **UNITED STATES'** <br> **EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 2nd day of March, 2006.

                                                LEONARDO M. RAPADAS
                                               United States Attorney
                                               Districts of Guam and NMI

By:   /s/ Karon V. Johnson
        KARON V. JOHNSON
        Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Photograph of Yan QIU | _____ | _____ |
| 2) | Biopage of passport of Yuk Ching FU | _____ | _____ |
| 3) | Customs Declaration of QIU on December 5, 2004 | _____ | _____ |
| 4) | Customs Declaration of Salii on December 5, 2004 | _____ | _____ |
| 5) | Continental reservation history | _____ | _____ |
| 6) | Passenger list, CO 954, Koror to Guam | _____ | _____ |
| 7) | Continental passenger history re CO 954 | _____ | _____ |
| 8) | Reservation/passenger history, CO 953, Guam to Koror | _____ | _____ |
| 9) | Passenger list, CO 953 | _____ | _____ |