stevensaliiwit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00048 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' WITNESS LIST** |
| STEVEN SALII, ) | |
| Defendant. ) | |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 2nd day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

<u>WITNESS LIST</u>

1) Byron Farley
   CBP Enforcement Officer
   U.S. Customs & Border Protection
   Department of Homeland Security

2) Ms. Martha Marcel
   Continental Agent,
   Downtown Office, Palau

3) Ms. Kedy Salii
   Barrigada, Guam
   (Presently residing on Saipan)

4) Mr. Clark Salii
   Barrigada, Guam

5) Mr. Lucas Salii
   Barrigada, Guam
   (Presently residing on Saipan)

6) Ms. Dan Zhu
   Native of China

7) Ms. Yan Qiu
   Native of China

8) Mr. Desmond Fullerton
   Supervisor, Continental Airlines
   Tamuning, Guam

- i -