stevensaliiver

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**ORIGINAL**

**FILED**
DISTRICT COURT OF GUAM

MAR - 2 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00048 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES'** |
| ) | **[PROPOSED]** |
| STEVEN SALII, ) | **VERDICT FORM** |
| Defendant. ) | |

COMES NOW the United States and provides the proposed Verdict Form for use concerning STEVEN SALII.

Respectfully submitted this <u>2nd</u> day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00048 |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| STEVEN SALII, | ) **VERDICT FORM** |
| Defendant. | ) |

## ALIEN SMUGGLING

We, the Jury, in the above-entitled cause unanimously find the defendant, STEVEN SALII:

Violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), Alien Smuggling:

/ /  NOT GUILTY

/ /  GUILTY

DATED this _____ of March, 2006, at Hagatna, Guam.

_____
FOREPERSON