ORIGINAL

stevensaliiequip

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

MAR - 2 2006

MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00048 |
| Plaintiff, | ) | **GOVERNMENT'S REQUEST FOR USE OF COURT'S EQUIPMENT** |
| vs. | ) | |
| STEVEN SALII, | ) | |
| Defendant. | ) | |

The Government hereby request the use of the Court's Digital Evidence Presentation System, at the trial in the above referenced matter beginning March 7, 2006.

RESPECTFULLY SUBMITTED this 2nd day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *[signature]*
KARON V. JOHNSON
Assistant United States Attorney