ORIGINAL

stevensaliigjt

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM

MAR -2 2006 ᵖ

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII, ) <br> ) <br> Defendant. ) <br> _____ ) | CRIMINAL CASE NO. 05-00048 <br><br> **UNITED STATES' MOTION TO RELEASE GRAND JURY TRANSCRIPTS** |

COMES NOW the United States and moves this Honorable Court for an order allowing the release to defense counsel, Rawlen Mantanona, of the testimony of the witnesses who appeared before the Grand Jury in this matter and who will testify at trial. Presently, these transcripts are sealed pursuant to Federal Rules of Criminal Procedure 6(e); counsel is entitled to receive them after the witnesses' testimony pursuant to 18 U.S.C. § 3500.

//
//
//
//
//
//
//

This motion is made for the reason that release of this document prior to the testimony of the witnesses will expedite the timely conduct of the trial itself.

Respectfully submitted this 2nd day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney

-2-

Case 1:05-cr-00048   Document 73   Filed 03/02/2006   Page 2 of 2