**CABOT
MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**


FILED
DISTRICT COURT OF GUAM

MAR -2 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. CR-05-00048-002 <br><br> **DEFENDANT STEVEN SALII PROPOSED JURY INSTRUCTIONS** |

Defendant Steven Salii respectfully submit his proposed jury instructions. Defendant Salii instructions are from the Model Jury Instructions for the Ninth Circuit 2003.

1. 3.1 - Duties of Jury to Find Facts and Follow Law
2. 3.2 - Charge Against Defendant Not Evidence - Presumption of Innocence - Burden of Proof
3. 3.3 - Defendant's Decision Not to Testify
4. 3.4 - Defendant's Decision to Testify
5. 3.5 - Reasonable Doubt–Defined
6. 3.6 - What is Evidence
7. 3.7 - What is Not Evidence
8. 3.8 - Direct and Circumstantial Evidence

ORIGINAL

9. 3.9 - Credibility of Witnesses

10. 3.10 - Evidence of Other Acts of Defendant or Acts and Statements of Others

11. 3.11 - Activities Not Charged

12. 3.12 - Separate Consideration of Multiple Counts - Single Defendant

13. 4.7 - Character of Witness for Truthfulness

14. 4.8 - Impeachment Evidence - Witness

15. 4.9 - Testimony of Witness involving special circumstances, immunity, benefits, accomplice, plea

16. 4.14 - Eyewitness Identification

17. 4.16 - Missing Witness

18. 4.18 - Summaries not received in Evidence

19. 4.19 - Charts and Summaries in Evidence

20. 5.1 - Aiding and Abetting

21. 5.4 - specific Intent - General Intent

22. 5.5 - Willingly

23. 5.6 - Knowingly

24. 6.9 - Mere Presence

25. 7.1 - Duty to Deliberate

26. 7.2 - Consideration of Evidence

27. 7.3 - Use of Notes

28. 7.4 - Jury Consideration of Punishment

29. 7.5 - Verdict Form

30.7.6 - Communication with Court

2003 Edition Ninth Circuit Manual of Model Jury Instructions.

Dated this \_\_\_1ST\_\_\_ day of \_\_MAR\_\_\_\_\_, 2006.

CABOT MANTANONA, LLP

_____
RAWLEN M T MANTANONA, ESQ.