**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

FILED
DISTRICT COURT OF GUAM

MAR -2 2006

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| ) | |
| vs. ) | |
| ) | **REQUEST FOR PALAUAN** |
| STEVEN SALII ) | **INTERPRETER AT TRIAL** |
| ) | |
| Defendant. ) | |

Defendant, Steven Salii by and through under signed counsel, hereby request for a Palauan Interpreter for trial currently set in the District Court of Guam on March 7, 2006 at 9:30 a.m. Defendant Salii primary language is Palauan. Defendant has learned to communicate at a basic level in English. Defendant needs the service of an interpreter to assist him in understanding the more complex language and concepts used in a federal criminal trial derived from witness testimony and arguments of the attorneys.

Respectfully submitted this 2nd day of March 2006.

CABOT MANTANONA LLP

_____
RAWLEN M T MANTANONA, ESQ.