LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorneys
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00048 |
| Plaintiff, | **O R D E R**<br>Re: March 2, 2006 |
| vs. | Government's Request for Use<br>Of Court's Equipment |
| STEVEN SALII, | |
| Defendant. | |

Through a request by the Government to use the Court's Digital Evidence Presentation System at the trial beginning on March 7, 2006;

**IT IS SO APPROVED AND ORDERED** the 2nd day of March 2006.

JOAQUIN V.E. MANIBUSAN, JR.
U.S. Magistrate Judge
District of Guam

ORIGINAL

FILED
DISTRICT COURT OF GUAM
MAR -2 2006
MARY L.M. MORAN
CLERK OF COURT