ORIGINAL

Salii.mtn

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

FILED
DISTRICT COURT OF GUAM
MAR - 3 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for United States of America

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00048 |
| ) | |
| Plaintiff, ) | |
| ) | UNITED STATES MOTION |
| vs. ) | IN LIMINE |
| ) | |
| STEVEN SALII, ) | |
| ) | |
| Defendant. ) | |

COMES NOW the United States of America, by and through undersigned counsel, and moves this Honorable Court for an order prohibiting the use, in any way, of any testimony of Angie Santos, Sadaria Lirow, and Martha Marcil obtained in depositions presently set before the Trial Division of the Supreme Court of the Republic of Palau for Friday, March 3, 2006.

### AUTHORITY

Federal Rule of Criminal Procedure 15 sets forth the limited circumstances in which testimony of a witness can be taken by deposition for use at a criminal trial. The party who wishes to preserve a witness's testimony must move the court for an order to allow a deposition of that witness. The court may grant such a motion, but only in exceptional circumstances and in the interests of justice. The party seeking the deposition must give every other party "reasonable written notice of the deposition's date and location," and state the name and address of each deponent.

As set forth in the attached Declaration of Counsel, the defendant has secured the

2

issuance of a "Witness Subpoena," issued under authority of a case in Palau which has been closed. The United States first learned of this subpoena yesterday, March 1, when one of its witnesses, Ms. Martha Marcil, faxed the government a copy. The government has not received any notice that such a deposition was set to occur, and cannot, given such short notice, arrange transportation to Palau to be present at the deposition. Accordingly, should this deposition proceed as planned, it will be taken in disregard of the procedures set forth in FRCrP 15. For that reason, the government requests a ruling from this Honorable Court, that the defendant will not be allowed to use any depositions so obtained in the course of this criminal trial.

RESPECTFULLY SUBMITTED this 2nd day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorney