Salii.mtn

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM

MAR - 3 2006

MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  vs.<br><br>STEVEN SALII,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00048<br><br>DECLARATION OF COUNSEL |

  I am the Assistant United States Attorney assigned to prosecute the above-entitled matter. It involves a charge of alien smuggling from the Republic of Palau to Guam, by two individuals, Steven Salii and Dan ZHU. Salii, a citizen of Palau, was extradited to Guam and made his initial appearance November 23, 2005. I intend to call one witness from Palau, Ms. Martha Marcil. Yesterday, March 1, I received a fax from Ms. Marcil, attached hereto as Exhibit 1. When I talked to her, she said that she had been served with this subpoena and directed to appear for a deposition this Friday, March 3. I had not received any notice, as required by FRCrP 15, that an attempt would be made to depose Ms. Marcil. As well, given that she has agreed to travel to Guam for this trial, such an attempt would not be permitted under this rule.

  I telephoned Jeffrey L. Beattie, the Attorney General of Palau, and advised him of this subpoena. He was surprised, because the extradition case concerning Salii was closed and he had not received any notice of this proposed deposition.

  This morning I received a fax from Mr. Beattie, attached hereto as Exhibit 2. It reflects

4

that in fact three "witness subpoenas" were issued under the closed extradition case, for Angie Santos and Sadaria Lirow, as well as Ms. Marcil. As the documents reflect, Mr. Beattie has filed a motion to quash these subpoenas and is seeking a hearing on this issue.

RESPECTFULLY SUBMITTED this 2nd day of March, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/ Karon V. Johnson
KARON V. JOHNSON
Assistant U.S. Attorne

IN THE
SUPREME COURT OF THE REPUBLIC OF PALAU
TRIAL DIVISION

2006 FEB 27 PM 1 38

SUPREME COURT
OF THE REPUBLIC OF PALAU

REPUBLIC OF PALAU                    SPECIAL PROCEEDING NO. 05-005

IN RE THE MATTER OF THE       )
EXTRADITION OF:               )
                              )
STEVE SALII                   )         WITNESS SUBPOENA
                              )
                              )

TO:   MARTHA O. MARCIL
      Continental Ticket Sales Agent
      % Continental Downtown Office
      Koror, Palau

**YOU ARE HEREBY COMMANDED AND ORDERED** to appear at the Supreme Court Conference Room in the Palau Judiciary Building, Koror State, on Friday, March 3, **2006, at 9:30 a.m.** and to there and then give testimony as a witness in a deposition under oath and under penalty of perjury in the above-captioned matter.

**FAILURE TO OBEY THIS SUBPOENA** may result in imposition on you sanctions and other penalties as provided by law including contempt of this Court.

Dated: ~~March~~ 27, 2006

                                        _____
                                        CLERK OF COURTS
                                        REPUBLIC OF PALAU

EXHIBIT 1

# FAX COVER SHEET

## OFFICE OF THE ATTORNEY GENERAL
### REPUBLIC OF PALAU
### P.O. BOX 1365
### KOROR, PALAU 96940
Phone: (680)488-2481 ● Fax: (680)488-3329
email: jeffbeattie@yahoo.com

---

| | |
|---|---|
| TO: | NAME: Karon Johnson |
| AGENCY: | U.S. Attorney's Office |
| PHONE: | |
| FAX: | 671-472-7334 |
| FROM: | Jeffrey L. Beattie, Attorney General |
| DATE: | March 2, 2006    Serial: |
| TIME: | 10:27 AM    Number of Pages (Including Cover Sheet)  5 |

**MESSAGE:**

**This is what I filed.**

*EXHIBIT 2*

IN THE
SUPREME COURT OF THE REPUBLIC OF PALAU
TRIAL DIVISION

SPECIAL PROCEEDING NO. 05-005

In re the Matter of the Extradition of: )
)
**STEVEN SALII** ) **MOTION TO QUASH SUBPOENAS**
)

The Republic of Palau, by counsel, moves to quash the subpoenas described below, and as grounds therefore, states as follows:

1. This Special Proceeding was commenced on September 14, 2005 by the filing of an Application for Arrest, Extradition and Surrender.

2. On October 28, 2005, this Court entered a final order granting the extradition request, and Steven Salii was then extradited to Guam, where he is now awaiting trial on charges of Alien Smuggling.

3. Steven Salii's criminal trial in Guam is scheduled to commence next week. On February 27, 2006, his Palau counsel, Carlos Salii caused three subpoenas to be issued in <u>this</u> case. The subpoenas command three of the Government's witnesses in the Guam criminal case, Angie Santos, Martha Marcil, and Sadaria Lirow, to appear at the Palau Supreme court for depositions on Friday, March 3, 2006. Copies of the subpoenas are attached hereto.

4. Because this extradition case was closed last October, it is clear that the "depositions" are calculated to intimidate the witnesses who are to testify in Steven Salii's criminal

case next week. No notice of deposition was served on counsel of record for the ROP in this case, nor did Salii's counsel give notice to the United States Attorney. No leave of court was sought in the Guam criminal case to take any depositions under applicable criminal rules of procedure. We became aware of the subpoenas when one of the witnesses notified the United States Attorney in Guam.

5. In short, it appears that the subpoenas are in the nature of an abuse of process, using this closed extradition case to intimidate witnesses and/or attempt to compel witnesses scheduled to testify next week in Guam to divulge information and turn over documents to Steven Salii's counsel.

6. Accordingly, the Government requests a hearing on this motion, an order quashing the subpoenas and such other relief as the Court may deem appropriate.

Dated this 2nd day of March, 2006.

> Jeffrey L. Beattie
> ATTORNEY GENERAL
> REPUBLIC OF PALAU
>
> */s/ Jeffrey L. Beattie*
>
> Jeffrey L. Beattie
> P.O. Box 1365
> Koror, Palau 96940
> 488-2481

IN THE
SUPREME COURT OF THE REPUBLIC OF PALAU
TRIAL DIVISION

2006 FEB 27 PM 1 38

**REPUBLIC OF PALAU**  SPECIAL PROCEEDING NO. 05-005

| | |
|---|---|
| IN RE THE MATTER OF THE ) <br> EXTRADITION OF: ) <br> ) <br> STEVE SALII ) <br> ) <br> ) | SUBPOENA DUCES TECUM |

TO: ANGIE SANTOS
    Koror, Palau

**YOU ARE HEREBY COMMANDED AND ORDERED** to appear and to bring with you all documents relating to hiring or sponsoring of Chinese students from Mainland China to Palau and any and all documents prepared by or for one Chinese woman named Dan Zhu or Zhu Dan for the period between 2003 to 2005, to the Supreme Court Conference Room in the Palau Judiciary Building, Koror State, on **Friday, March 3, 2006, at 1:00 p.m.** and to there and then give testimony as a witness in a deposition under oath and under penalty of perjury in the above-captioned matter.

**FAILURE TO OBEY THIS SUBPOENA** may result in imposition on you sanctions and other penalties as provided by law including contempt of this Court.

Dated: ~~March~~ Feb 27, 2006

CLERK OF COURTS
REPUBLIC OF PALAU

IN THE
SUPREME COURT OF THE REPUBLIC OF PALAU
TRIAL DIVISION

FILED
2006 FEB 27 PM 1 39

| | |
|---|---|
| REPUBLIC OF PALAU | SPECIAL PROCEEDING NO. 05-005 |
| IN RE THE MATTER OF THE ) <br> EXTRADITION OF: ) <br> ) <br> STEVE SALII ) <br> ) <br> ) | WITNESS SUBPOENA |

TO:   SADARIA LIROW
      Continental Check-In Counter Agent
      % Continental Airport Office
      Airai, Palau

**YOU ARE HEREBY COMMANDED AND ORDERED** to appear at the Supreme Court Conference Room in the Palau Judiciary Building, Koror State, on **Friday, March 3, 2006, at 10:30 a.m.** and to there and then give testimony as a witness in a deposition under oath and under penalty of perjury in the above-captioned matter.

**FAILURE TO OBEY THIS SUBPOENA** may result in imposition on you sanctions and other penalties as provided by law including contempt of this Court.

Dated: ~~March~~ Feb. 27, 2006

_____
CLERK OF COURTS
REPUBLIC OF PALAU

IN THE
SUPREME COURT OF THE REPUBLIC OF PALAU
TRIAL DIVISION

2006 FEB 27 PM 1 33

REPUBLIC OF PALAU                          SPECIAL PROCEEDING NO. 05-005

IN RE THE MATTER OF THE         )
EXTRADITION OF:                 )
                                )
STEVE SALII                     )       WITNESS SUBPOENA
                                )
                                )

TO:  MARTHA O. MARCIL
     Continental Ticket Sales Agent
     ℅ Continental Downtown Office
     Koror, Palau

**YOU ARE HEREBY COMMANDED AND ORDERED** to appear at the Supreme Court Conference Room in the Palau Judiciary Building, Koror State, on **Friday, March 3, 2006, at 9:30 a.m.** and to there and then give testimony as a witness in a deposition under oath and under penalty of perjury in the above-captioned matter.

**FAILURE TO OBEY THIS SUBPOENA** may result in imposition on you sanctions and other penalties as provided by law including contempt of this Court.

Dated: ~~March~~ Feb 27, 2006

_____
CLERK OF COURTS
REPUBLIC OF PALAU