CABOT
MANTANONA LLP
BankPacific Bldg., Second Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



**FILED**
DISTRICT COURT OF GUAM
MAR -3 2006 *9#*
MARY L.M. MORAN
CLERK OF COURT

Attorneys for **STEVEN SALII**

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| ) | |
| vs. ) | |
| ) | **NOTICE OF MOTION FOR DEPOSITION** |
| STEVEN SALII ) | **AND CONTINUANCE OF TRIAL** |
| ) | |
| Defendant. ) | |
| ) | |

Please take notice that on March **6**, 2006, at 1:30pm defendant Steven Salii will move for an order that he may take the deposition of Sadaria Lirow and for a continuance of the trial in this matter presently scheduled for March 7, 2006. This motion is supported by the accompanying memorandum and affidavit and proposed order.

Dated this **3** day of March, 2006.

**RECEIVED**
MAR - 3 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

CABOT MANTANONA LLP
Attorneys for Defendant

By: _____
RAWLEN M.T. MANTANONA, ESQ.

TSC:km
Salii, Steven\NTC. OF MTN. FOR DEPO&CONT. OF TRIAL

**ORIGINAL**

Case 1:05-cr-00048    Document 85    Filed 03/03/2006    Page 1 of 1