**CABOT
MANTANONA LLP**
BankPacific Building, Second Floor
825 S. Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED
DISTRICT COURT OF GUAM
MAR -3 2006
MARY L.M. MORAN
CLERK OF COURT**

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, | ) | CRIMINAL CASE NO. CR-05-00048-002 |
| vs. | ) | **NOTICE OF DEPOSITION** |
| STEVEN SALII, | ) | |
| Defendant. | ) | |

TO: **KARON JOHNSON, Assistant U.S. Attorney
OFFICE OF THE U.S. ATTORNEY**

PLEASE TAKE NOTICE that Defendant, will take the deposition of Sadaria Lirow, upon oral examination pursuant to Rule 15 of the Rules of Criminal Procedure, District Court of Guam, on the 9th day of March, 2006, at the hour of 10:00 a.m., at the Supreme Court of Koror, Palau's Conference Room.

Said deposition will be taken before a notary public or other officer authorized to administer oaths and will continue from day to day, Sundays and holidays excluded, until completed.

Dated this 3rd day of March, 2006.

CABOT MANTANONA LLP
Attorneys for Steven Salii

By: _____
RAWLEN M.T. MANTANONA

ORIGINAL