**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

FILED
DISTRICT COURT OF GUAM
MAR -3 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| STEVEN SALII ) | |
| Defendant. ) | |

I, WILLIAM N. CRUZ, hereby certify that a copy of defendant Steven Salii's Notice of Motion for Deposition and Continuance of Trial, Memorandum of Points and Authorities in Support of Motion for Deposition and Continuance of Trial, Declaration of Counsel in Support of Motion for Deposition Pursuant to Rule 15 of the Criminal Procedure, and Order was duly hand-delivered or faxed to the following on March 3, 2006:

Office of the United States Attorney General
247 West O'Brien Drive
Hagatna, Guam 96910

United States Probation Office
District Court of Guam
520 West Soledad
Hagatna, Guam 96910

DATED: March 3, 2006.

WILLIAM N. CRUZ

Case 1:05-cr-00048   Document 87   Filed 03/03/2006   Page 1 of 1
ORIGINAL