**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

# FILED
DISTRICT COURT OF GUAM

MAR - 6 2006 ᵖ

MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal Case No. CR-05-00048-002 |
| vs. | |
| STEVEN SALII | **DEFENDANT STEVEN SALII'S** |
| Defendant. | **AMENDED LIST OF EXHIBITS** |

COMES NOW, Defendant STEVEN SALII, through counsel, Cabot Mantanona LLP by Rawlen M T Mantanona, Esq., and hereby submits his Amended List of Exhibits for the March Trial of the above entitled matter.

Dated: **3/6/06**

CABOT MANTANONA LLP

RAWLEN M T MANTANONA, ESQ.

# ORIGINAL

| No. | Exhibit Description | Date Identified | Date Admitted |
|-----|---------------------|-----------------|---------------|
| Exhibit A | Plea Agreement for Yan Qiu in Criminal Case No. 04-00057 | | |
| Exhibit B | Plea Agreement for Dan Zhu in Criminal Case No. 05-00048 | | |
| Exhibit C | Defendant Salii's Ticket Stub and Itinerary | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |