**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913


FILED
DISTRICT COURT OF GUAM
MAR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Steven Salii**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVEN SALII<br><br>Defendant. | Criminal Case No.**CR-05-00048-002**<br><br>**DEFENDANT'S OPPOSITION TO GOVERNMENT MOTION IN LIMINE** |

COMES NOW, Defendant STEVEN SALII, through counsel, Rawlen M T Mantanona, Esq., hereby opposes the government's motion in limine to exclude of any depositions obtained pursuant to Defendant's extradition case. The government's main objection to the admission of the testimony according to its motion was defendant's failure to provide reasonable notice of the deposition and the lack of notice deprived her the opportunity to plan and prepare to participate in the deposition. Defendant Salii has provided in his collateral motion to take deposition pursuant to Rule 15 and his motion for continuance of the trial filed on March 3, 2006, the factual basis causing the issuance of the Palauan subpoena set for March 1, 2006.

Defendant Salii in this matter is more than willing to reschedule the taking of witness Sadaria Lirow the only witness now intended to be deposed by Defendant Salii to a time more convenient for the government.

ORIGINAL

## CONCLUSION

The defense respectfully requests that the Court deny the People's Motion in Limine in regards any testimony of Angie Santos, Sadaria Lirow, and Martha Marcel obtained in depositions set before the Trial Division of the Supreme Court of the Republic of Palau,

Dated this ____ March, 2006.

_____
RAWLEN M T MANTANONA, ESQ.