IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
**CRIMINAL MINUTES**


FILED
DISTRICT COURT OF GUAM
MAR - 6 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00048-002**     **DATE: 03/06/2006**

HON. JAMES L. ROBART, Designated Judge, Presiding
Court Reporter: Wanda Miles
Electronically Recorded: 1:34:54 - 1:58:48

Law Clerk: NONE PRESENT
Courtroom Deputy: Virginia T. Kilgore
CSO: B. Benavente / P. Taijeron

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* **APPEARANCES** \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

DEFT: **STEVEN SALII**
( X ) NOT PRESENT  ( ) CUSTODY  ( X ) BOND  ( ) P.R.

ATTY: **RAWLEN MANTANONA**
( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON
U.S. PROBATION: JOHN SAN NICOLAS
INTERPRETER: _____

AGENT:
U.S. MARSHAL: V. ROMAN / G. PEREZ
LANGUAGE: _____

**PROCEEDINGS:   MOTION FOR DEPOSITION AND CONTINUANCE OF TRIAL**

( X ) MOTION ARGUED BY    ( X ) GOVERNMENT    ( X ) DEFENDANT
( X ) MOTION  _X_ Granted  ___ Denied  ___ Withdrawn  ___ Under Advisement
( ) ORDER SUBMITTED   ___ Approved   ___ Disapproved
( X ) ORDER TO BE SUBMITTED BY Mr. Mantanona
( ) PROCEEDINGS CONTINUED TO:

NOTES:

Mr. Mantanona requested the Court for a Rule 15 motion granting him the opportunity to take the deposition of Ms. Lirow and stated that his client is willing to waive his speedy trial rights. Defendant orally waived speedy trial. The Court continued the trial for 90 days and instructed Mr. Mantanona to submit the order. No further order will be forthcoming on the motion to take deposition.

Courtroom Deputy: ____