**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913

Attorneys for **Steven Salii**

**FILED**
DISTRICT COURT OF GUAM
MAR - 8 2006
**MARY L.M. MORAN**
**CLERK OF COURT**

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 05-00048 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| STEVEN SALII, | ) | |
| Defendant. | ) | |

This matter comes before the Court on defendant Salii's request for a Palauan interpreter.

The Court hereby grants and authorizes the defendant's request for a Palauan interpreter for trial and pretrial preparation, if necessary. Compensation for said services shall be at the statutory rate of $92.00 per half day and $171.00 per full day of services, not to exceed the sum of $1,600.00.

Dated: March 8, 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

**ORIGINAL**