**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**



**FILED**
DISTRICT COURT OF GUAM
MAR 13 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| vs. ) | |
| ) | **ORDER** |
| STEVEN SALII ) | |
| Defendant. ) | |

The Court on March 6, 2006 heard arguments on defendant Steven Salii's motion for deposition and continuance. After hearing all arguments the court finds defendant has met his evidentially burden that due to the fact that witness Sadaria Lirow is unavailable, that exceptional circumstances exist and it is in the interest of justice to take Ms. Lirow's deposition.

IT IS HEREBY ORDERED THAT:

1. Defendant Salii is allowed to depose Ms. Sadaria Lirow pursuant to Federal Rules of Criminal Procedure 15, in the Republic of Palau.

2. Defense counsel is to set up and arrange the deposition of Ms. Lirow.

## ORIGINAL

3. The trial is hereby vacated and shall be held in ninety (90) days to allow defendant to depose Ms. Lirow.

4. If the deposition is taken the parties can notify the court and the trial may be set and held within the ninety (90) day period.

5. The ends of justice are served by continuing the trial date in this matter.

Executed: March 13, 2006

HONORABLE JAMES L. ROBART
Judge, District Court of Guam