CABOT
MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**Attorneys for STEVEN SALII**


**FILED**
DISTRICT COURT OF GUAM
MAR 13 2006
MARY L.M. MORAN
CLERK OF COURT

DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. CR-05-00048-002 |
| Plaintiff, | ) | |
| vs. | ) | **WAIVER OF SPEEDY TRIAL** |
| STEVEN SALII, | ) | |
| Defendant. | ) | |

Upon being fully advised by my counsel of my right to a speedy trial afforded to me pursuant to 18 USC §3161, I STEVEN SALII, being the defendant in the above action, do hereby waive my right to a speedy trial, any and all time shall be excluded because the cause for the continuacne meets the factors set forth in :

18 USC §3161 (h)(8)(A) more specifically 18 USC §3161 (h) (8) (A) (ii):

(i) Whether the failure to grant such a continuance in the proceeding would be likely to make a continuation of such proceeding impossible, or result in a miscarriage of justice.

(ii) Whether the case is <u>so unusual or so complex</u>, due to the number of defendants, <u>the nature of the prosecution</u>, or the existence of novel questions of fact or law, that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by this section.

(iii) Whether, in a case in which arrest precedes indictment, delay in the filing of the indictment is caused because the arrest occurs at a time such that it is unreasonable to expect return and filing of the indictment within the period specified in section 3161(b), or because the facts upon which the grand jury must base its determination are unusual or complex.

(iv) Whether the failure to grant such a continuance in a case which, taken as a whole, is not so unusual or so complex as to fall within clause (ii), would deny the defendant reasonable time to obtain counsel, would unreasonably deny the defendant or the Government continuity of counsel, or would deny counsel for the defendant or the attorney for the Government the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The need for the continuance and reason for my waiver is the need to facilitate the deposition of an important and critical witness who is unavailable and outside of our United States jurisdiction. My counsel has exhausted all efforts to meet with and have the witness appear voluntarily. Since, my counsel is without the ability to compel the witness appearance at trial the deposition is vital to the preparation of my defense.

Dated this _13_ day of March, 2006.

_____
STEVEN SALII, Defendant

CABOT MANTANONA LLP
Attorneys for Steven Salii

By: _____
RAWLEN M.T. MANTANONA, ESQ.