**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM
MAR 15 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Steven Salii**

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. CR-05-00048-002 |
| vs. | ) | |
| STEVEN SALII | ) | **ORDER** |
| Defendant. | ) | |

This matter comes before the Court on defendant Salii's request to continue the trial on March 7, 2006.

The Court hereby grants the defendant's request on the waiver of speedy trial filed by the defendant on March 13, 2006 and sets the trial for June 6, 2006 at 9:30 a.m.

The days from March 7, 2006 through June 6, 2006 shall be excluded from the speedy trial act.

The pre-trial motion cut-off date is May 15, 2006.

Executed: March 15, 2006

HONORABLE JAMES L. ROBART
Judge, District Court of Guam

**ORIGINAL**