PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

## NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

**ORIGINAL**

TO: Immigration and Customs Enforcement
Field Office Director, San Francisco
630 Sansome St. Rm. 590
San Francisco, CA 94111

FROM: Carmen D. O'Mallan, U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

**FILED**
DISTRICT COURT OF GUAM
MAR 17 2006
MARY L.M. MORAN
CLERK OF COURT

[X] Original Notice          [ ] Disposition of Original Notice

Date: December 19, 2005        Date: _____

By: Joaquin V.E. Manibusan, Jr.    By: _____
    U.S. Magistrate Judge

---

Defendant: **SALII, Steven R.**          Case Number: **USDC CR. CS. NO. 05-00048-002**

Date of Birth: **XX-XX-1959**            Place of Birth: **Koror, Palau**

SSN: **none**                            Alien ("A") Number: _____

---

**NOTICE OF COURT ORDER** (Order Date: **December 19, 2005**)

[X] The above-named defendant surrendered Passport Number **XXXXXXXX** (Issuing Country: **Palau**) to the custody of the U.S. District Court on **Guam**.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[ ] Defendant not convicted — Document returned to defendant.

[ ] Defendant not convicted — Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

[ ] Defendant convicted — Document and copy of Judgment enclosed.

---

Distribution:
Original to Case File
Immigration and Customs Enforcement
Defendant (or representative)
Clerk of Court