**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

**FILED**
DISTRICT COURT OF GUAM
MAR 29 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> ) <br> _____) | Criminal Case No. CR-05-00048-002 <br><br> **DEFENDANT SALII'S SECOND EMERGENCY MOTION FOR TEMPORARY MODIFICATION IN CONDITIONS OF RELEASE TO PERMIT DEFENDANT TO ATTEND FUNERAL OF HIS UNCLE** |

Defendant Salii, by and through counsel, hereby files this second emergency motion for a temporary change in his conditions of release to permit him to attend the funeral for his recently deceased Uncle Rikor Henry, and to meet with his job supervisor regarding his absences from work in Palau. As grounds for this motion, defendant Salii states as follows:

1.  Defendant Salii is currently released in the above-captioned case to Clark Salii, a court approved third party custodian.

2.  Defendant has been on third party release for approximately five (5) months. He has been fully compliant with the rules and conditions of release.

U.S.A. vs. Steven Salii
Criminal Case CR-05-00048-02
Defendant Salii's Second Emergency Motion for Temporary Modification in Conditions of
Release to Permit Defendant to Attend Funeral of his Uncle
page 2

3.  Defendant's Uncle Rikor Henry passed away on March 19, 2006. On April 1, 2006, defendant's Uncle Rikor Henry is scheduled for funeral and burial. The decedent was extremely closed to the defendant and his family who respectfully request his presence. A copy of the correspondence from the defendant is attached as Exhibit "A".

4.  In order to permit him to attend the funeral, defendant needs this court to modify his release conditions.

5.  Defendant Salii, is under very trying circumstances, defendant's family is grieving and wants defendant to be there to lend his support and provide comfort.

6.  Defendant Salii further request while on Palau he be allowed to address vital ancestral land matters which defendant and the deceased handled together. Lastly, Defendant Salii request time to allow him to meet with his employer to work out problems with his long absence.

7.  Defendant and his third party custodians are scheduled to depart for Palau on March 31, 2006 and is scheduled to return on April 17, 2006. See "Exhibit "B."

8.  Defendant's counsel attempted to call U.S. Assistant Attorney Karon Johnson to obtain the government's consent and no objection to his motion.

WHEREFORE for the foregoing reason, it is respectfully requested that the Court enter an order permitting Defendant Salii to leave for Palau on March 31, 2006 for the purpose of attending Mr. Henry's funeral, and that he voluntarily return to Guam on April 17, 2006, at 4:40 a.m. that morning.

U.S.A. vs. Steven Salii
Criminal Case CR-05-00048-02
Defendant Salii's Second Emergency Motion for Temporary Modification in Conditions of
Release to Permit Defendant to Attend Funeral of his Uncle
page 3

Respectfully submitted this 29th day of March, 2006.

CABOT MANTANONA LLP

_____
RAWLEN M T MANTANONA, ESQ.

26 March 2006

Mr. Rawlen M.T. Mantanona  Fax: (671) 646-0777
Attorney-At-Law  Fon: "   646-2001
Bank Pacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

Dear Mr. Mantanona:

Thank you for your continuing efforts in helping me with my case.

On 19 March 2006, my uncle, Mr. Rikor Henry, passed away in Palau. Mr. Henry is the eldest male in my maternal side of my family. Him and I were involved in most of our land issues. His untimely death and my undetermined length of absence will have a severe impact on our family land issues. As it is the culture of Palau where traditional leadership is attained based on the matrilineal system, I am asking for an opportunity to attend his funeral and to perform my traditional responsibility as "Mad ra Dib" and to insure that someone will be able to continue our work respectively and in a fairly manner. "Mad ra Dib" is the men's fourth ranking title in my family clan.

In addition, I am also requesting to take the opportunity after the funeral to see my job supervisor regarding my absences from work. Mr. Mantanona, I am the primary bread winner at my household, and securing my work income for the time being will help my wife in taking care of her bedridden father and 76 years old mom living in our house.

With the completion of my uncle's novena on Tuesday, 27 March, his funeral is being scheduled to go to Angaur, on Saturday, 01 April 2006. Once again, thank you and I continue to depend on your kind and reliable assistance.

Respectfully,

Steve Salii  Fon/Fax: (671) 632-4694
Client

cc:

Carmen D. O'Mallan  U.S. Probation Officer Specialist  Fax: (671) 473-9202
Carlos H. Salii  Attorney-at-Law  Fax: (680) 488-2685

EXHIBIT "A"

28 March 2006

Mr. Rawlen M.T. Mantanona          Fax: (671) 646-0777
Attorney-At-Law                    Phone:  "   646-2001
Bank Pacific Building, 2nd Floor
825 South Marine Corps. Drive
Tamuning, Guam 96913

Dear Mr. Mantanona:

Due to the death of Steve's uncle, Mr. Rikor Henry, I support Steve's request to come to Palau to attend the funeral and perform his traditional duties as "Mad ra Dih", the men's fourth ranking title in his family clan. The death of his uncle leaves Steve to handle his family land issues. With Steve's undetermined absence in Palau, it is important for him to come to address and yield the family land matters with his family.

I join Steve and request that he be given the opportunity to settle his absence from work, with his supervisor. Steve is our household's primary income earner and for his government salary to stop would be premature and difficult for me on a part time work basis and the responsibility to take care of my 76 years old mom and bedridden 77 years old dad.

With that, we ask the court and the government to allow him two weeks time to handle these issues. Attached is the flight itinerary for Steve. Upon the approval of the court, I will pay the ticket as eticket. We hope this meets the court requirement and that Steve's be given an opportunity to pay his respects to his uncle and settle his work issues.

You have my highest assurance that Steve will return to Guam accordingly as we have more to loose if he does not.

Gratefully

Joyce Isechal Salii
Spouse to Client (Steven Salii)

Ton/Fax/Voicemail: (680) 488 6509
Email : palauopal@yahoo.com

Attachment

Mar 28 06 02:15p    RORCTO                         6716494125            P.1

Case 1:05-cr-00048   Document 98   Filed 03/29/2006   Page 5 of 6

EXHIBIT "B"

```
3E4HKZ  *FQ
  1. 1SALII/STEVENMR   2. 1SALII/CLARKMR
  1 CO 9930 21MAR FR GUMROR HK2   740P  840P
  2 CO 9540 17APR MO RORGUM HK2   145A  440A
FONE-
 1.ROR488-6509*JOYCE/B000
 2.ROR488-6509*FAX/B000
FARE QUOTE-AUTO PRICED   -   $-$-.GUM
 1 - PSGR 1-2 ADT
USD519.00       XY7.00    XT13.36              TTL539.36
TOTAL FARE - USD1078.72
TLT-430P/28MAR********** PURCHASE TICKET BY 28MAR *********
GEN FAX-
 1.OSI CO * PLUS $10.00 TKT SVC FEE PER PERSON
 *
```