**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**


**FILED**
DISTRICT COURT OF GUAM
MAR 29 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. **CR-05-00048-002** |
| Plaintiff, | ) ) ) | **EX PARTE NOTICE OF HEARING ON DEFENDANT SALII'S SECOND** |
| vs. | ) ) ) | **EMERGENCY MOTION FOR TEMPORARY MODIFICATION IN** |
| STEVEN SALII | ) ) ) | **CONDITIONS OF RELEASE TO PERMIT DEFENDANT TO ATTEND** |
| Defendant. | ) ) | **FUNERAL OF HIS UNCLE** |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on the 30th day of March, 2006 at 2:30 a.m./p.m., Defendant Steven Salii will move the District Court of Guam for an Order to allow defendant to attend his Uncle Rikor Henry's funeral and meet his job supervisor in the Republic of Palau. This motion is based upon the pleadings on file, this second emergency motion for temporary modification in conditions of release, and such other and further matters as may be present at the time of the hearing.

Dated this 29th day of March, 2006.

**RECEIVED**
MAR 29 2006
DISTRICT COURT OF GUAM
HAGATNA, GUAM

CABOT MANTANONA LLP

_____
RAWLEN M T MANTANONA, ESQ.