CABOT
MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

**FILED**
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

Attorneys for **Steven Salii**

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | **Criminal Case No. CR-05-00048-002** |
| vs. ) | |
| ) | **CERTIFICATE OF SERVICE** |
| STEVEN SALII ) | |
| Defendant. ) | |

I, WILLIAM CRUZ, an employee of Cabot Mantanona LLP, hereby certify that a copy of defendant Salii's Second Emergency Motion for Temporary Modification in Conditions of Release to Permit Defendant to Attend Funeral of his Uncle was duly hand-delivered on March 29, 2006 and the Ex parte Notice of Hearing was duly hand-delivered on March 29, 2006 at 4:45 p.m.

Office of the United States Attorney General
247 West O'Brien Drive
Hagatna, Guam 96910

United States Probation Office
District Court of Guam
520 West Soledad
Hagatna, Guam 96910

DATED: March 30, 2006

_____
WILLIAM N. CRUZ

ORIGINAL