IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES


**FILED**
DISTRICT COURT OF GUAM
MAR 30 2006
**MARY L.M. MORAN
CLERK OF COURT**

**CASE NO. CR-05-00048-002**     **DATE: 03/30/2006**

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding    Law Clerk: J. Hattori
Court Reporter: Wanda Miles    Courtroom Deputy: Virginia T. Kilgore
**Electronically Recorded: 3:46:35 - 3:52:10**    CSO: B. Benavente

**\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* A P P E A R A N C E S \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \***

**DEFT:** _STEVEN SALII_      **ATTY:** _RAWLEN MANTANONA_
( X ) NOT PRESENT   ( ) CUSTODY   ( X ) BOND   ( ) P.R.     ( X ) PRESENT   ( ) RETAINED   ( ) FPD   ( X ) CJA APPOINTED

**U.S. ATTORNEY:** ROSETTA SAN NICOLAS     **AGENT:**
**U.S. PROBATION:** CARMEN O'MALLAN     **U.S. MARSHAL:**
**INTERPRETER:** _____     **LANGUAGE:** _____

**PROCEEDINGS:**     **SECOND EMERGENCY MOTION TO MODIFY CONDITIONS OF RELEASE**

( ) MOTION ARGUED BY    ( ) GOVERNMENT    ( ) DEFENDANT
( X ) MOTION   __X__ Granted   ____Denied   ____Withdrawn   ____Under Advisement
( X ) ORDER SUBMITTED    __X__ Approved    ____Disapproved
( ) ORDER TO BE SUBMITTED BY _____
( ) PROCEEDINGS CONTINUED TO:

**NOTES:**

Government counsel and pretrial did not oppose the motion. Mr. Mantanona requested the Court to reinstate Mr. Lucas Salii as third party custodian for the limited purpose of escorting the defendant to and from Palau. Pretrial requested that defendant's passport be released to him for travel and for defendant to surrender his passport upon his return to Guam on the first working day. She stated that her office will conduct daily telephonic contact with the defendant during the workday. The Court granted the motions and ordered the defendant to return his passport upon his return to Guam on April 17, 2006 no later than 3:00 p.m. No further written order will follow regarding the Court's approval of Mr. Lucas Salii as third party custodian.

Courtroom Deputy: ____