**CABOT
MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

FILED
DISTRICT COURT OF GUAM
MAR 30 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. 05-00048 |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| STEVEN SALII ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on defendant Salii's request to leave Guam from March 31, 2006, to April 17, 2006, to attend his Uncle Rikor Henry's funeral and meet with his job supervisor in Palau.

The Court hereby grants the request and authorizes defendant Salii to leave Guam on March 31, 2006, in the custody of his third party custodians Mr. Lucas and Clark Salii, and to return to Guam April 17, 2006. The Defendant's passport shall be released to him, but said passport shall be immediately returned to the Clerk of Court upon the Defendant's return to Guam.

SO ORDERED this 30th day of March 2006.

JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

**ORIGINAL**