**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

FILED
DISTRICT COURT OF GUAM
MAY - 3 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII, ) <br> ) <br> Defendant. ) | Criminal Case No. CR-05-00048-002 <br><br> **CERTIFICATE OF SERVICE** |

I, WILLIAM CRUZ, an employee of Cabot Mantanona LLP, hereby certify that a copy of Defendant Salii's Notice of Taking Deposition and Production of Documents Sadaria Lirow and Letters Rogatory to Court in Foreign Country Requesting Court to Cause Summons to be Served for Deposition of Witness, was duly hand-delivered on May 3, 2006.

Office of the United States Attorney General
247 West O'Brien Drive
Hagatna, Guam 96910

United States Probation Office
District Court of Guam
520 West Soledad
Hagatna, Guam 96910

DATED: May 3, 2006

_____
WILLIAM N. CRUZ