ORIGINAL

saliimtn

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 23 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00048 |
| Plaintiff, | **JOINT MOTION OF PARTIES TO CONTINUE TRIAL FOR TWO WEEKS** |
| vs. | |
| STEVEN SALII, | |
| Defendant. | |

The parties in the above-entitled matter, the United States of America, and the defendant through his counsel, Rawlen MT Mantanona, hereby move this Honorable Court for an order to continue the trial in this case, now set for June 6, 2006, at 9:30 a.m. The parties request the trial

//
//
//
//
//
//
//

-1-

date be continued to June 26, 2006, at 9:30 a.m. for the reasons set forth in the Declaration of the attorney for the United States.

DATED: 5/22/06

*[signature]*
RAWLEN MT MANTANONA
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and CNMI

DATED: 5/22/06      By: *[signature]*
KARON V. JOHNSON
Assistant U.S. Attorney