LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
MAY 23 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>STEVEN SALII,<br><br>　　　　　　Defendant. | CRIMINAL CASE NO. 05-00048<br><br>**DECLARATION OF COUNSEL IN SUPPORT OF JOINT MOTION** |

　　　The trial of this case was initially set for January 24, 2006. Defendant requested a continuation, based upon his need to travel to Palau to conduct further investigations. By order dated January 10, 2006, this Honorable Court found that such a continuation was in the interests of justice, as required by Title 18, U.S.C. § 3161(h)(8)(A), and set trial for March 7, 2006. At the pretrial conference March 6, the defendant indicated he needed another continuance to begin legal proceedings to depose a witness, Sadaria Lirow, who refused to leave Palau and appear as a witness for the defense. The court set the new trial date for June 6, 2006, and ordered that the additional time also be excluded from the Speedy Trial Act.

　　　On May 16, 2006, the Clerk of the Palau Supreme Court issued a subpoena to Sadaria Lirow, ordering her to appear Friday, May 26, for deposition in Palau. The United States received this notice May 17, 006. I am advised by our administrative officer Gil Mones that, because Palau is a foreign country, this office must obtain permission from the Executive Office in Washington, D.C., before I can make travel arrangements to attend this deposition. Mr.

1. Mones also told me that the Executive Office requires a minimum of 10 working days notice of
2. the proposed trip. Thus, if the deposition occurs on May 26, I will not be able to attend.
3.     This office has made the necessary request to travel, but Mr. Mones advises me that,
4. given the Memorial Day holiday, we cannot expect approval from the Executive Office until
5. June 5, 2006. Accordingly, I would be able to attend the deposition the latter part of that week.
6. Necessarily, this entails moving the trial date. Mr. Mantanona and I request a trial setting of June
7. 26, 2006. This will be a date certain, and both parties will be ready for trial.
8.     Respectfully submitted this __22nd__ day of May, 2006.

LEONARDO M. RAPADAS  
United States Attorney  
Districts of Guam and CNMI

By: *[signature]*  
KARON V. JOHNSON  
Assistant U.S. Attorney