LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Agana, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
MAY 25 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN SALII, )<br>)<br>Defendant. )<br>_____ ) | CRIMINAL CASE NO. 05-00048<br><br>**O R D E R**<br><br>**Re: Joint Motion of Parties<br>To Continue Trial** |

Pursuant to the parties request to continue the trial herein for a period of two weeks,

IT IS HEREBY ORDERED that the trial date of Steven Salii is hereby continued from June 6, 2006, to Monday, June 26, 2006, at 1:30 p.m. A pretrial conference shall be held on June 26, 2006, at 9:00 a.m. Additionally, the following shall be filed or lodged with the Court no later than June 19, 2006:

    1)    Proposed jury voir dire questions;

    2)    An original and one copy of the exhibit list - (Government's exhibits numbered; Defendant's exhibits lettered);

///

**ORIGINAL**

3) Three complete sets of marked and tabbed exhibits in three-ring binders. A copy of the Exhibit List shall be included in each three-ring binder. The parties shall meet and confer sufficiently in advance of trial and formulate a set of joint exhibits, if possible, to eliminate duplicate exhibits. Those exhibits upon which agreement cannot be reached shall be submitted separately by each respective party;

4) Any documents to be used in the examination of witnesses, but not to be introduced into evidence, such as police reports, investigative reports or witness statements - (one copy must be lodged with the Court);

5) Proposed verdict forms;

6) An original and one copy of witness lists for purposes of voir dire only - (Witness lists shall include: legal names, aliases, nicknames, place of residence and place of employment); and

7) Proposed jury instructions - (Those jury instructions upon which an agreement cannot be reached shall be submitted in a separate packet, together with the objections and authority therefor of each party).

The period of delay between June 6, 2006, and June 26, 2006, inclusive, is hereby excluded for purposes of the Speedy Trial Act. The Court finds that "the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial" since a continuance will allow the parties to attend the deposition of an off-island defense witness. 18 U.S.C. § 3161(h)(8)(A).

SO ORDERED this 25th day of May 2006.

JOAQUIN V.E. MANIBUSAN, JR.
United States Magistrate Judge