# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

|  |  |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>    vs.<br><br>Steven Salii,<br><br>            Defendant. | Case No. 1:05-cr-00048-002<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Preliminary Instructions Given by the Court filed June 8, 2006,* on the dates indicated below:

*U.S. Attorney's Office*             *Rawlen Mantanona*
*June 8, 2006*                          *June 8, 2006*

I, Marilyn B. Alcon, declare under the penalty of perjury that on the above listed date(s) the:

*Preliminary Instructions Given by the Court filed June 8, 2006*

was served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: June 8, 2006                             /s/ Marilyn B. Alcon
                                                     Deputy Clerk