
**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII ) <br> ) <br> Defendant. ) <br> ) <br> ) <br> _____) | Criminal Case No. CR-05-00048-002 <br><br> **DEFENDANT THIRD EXPARTE MOTION TO MODIFY DEFENDANT RELEASE CONDITIONS** |

    Defendant Salii, by and through counsel, hereby files this third ex parte motion for a temporary change in his conditions of release to permit him to travel to meet with his doctor in Palau since the Defendant does not have insurance and to meet with his job supervisor regarding his absences from work in Palau. As grounds for this motion, defendant Salii states as follows:

    1.    Defendant Salii is currently released in the above-captioned case to Clark Salii, a court approved third party custodian.

    2.    Defendant has been on third party release for approximately seven (7) months. He has been fully compliant with the rules and conditions of release.

//

3. Defendant wants to see his medical doctor in Palau who is familiar with his medical history. Further, the Defendant does not have medical insurance which would allow him to get medical treatment locally.

4. In order to permit him to medical treatment, defendant needs this court to modify his release conditions.

5. Lastly, Defendant Salii request time to allow him to meet with his employer to work out problems with his long absence.

6. Defendant is scheduled to depart for Palau on June 11, 2006 and is scheduled to return on June 20, 2006. See "Exhibit "B."

7. Defendant's counsel contacted the U.S. Assistant Attorney Karon Johnson, but was unable to obtain the government's position on his motion.

WHEREFORE for the foregoing reason, it is respectfully requested that the Court enter an order permitting Defendant Salii to leave for Palau on June 11, 2006 for the purpose of seeking medical treatment, and that he voluntarily return to Guam on June 20, 2006.

Respectfully submitted this 9th day of June, 2006.

CABOT MANTANONA LLP

RAWLEN M T MANTANONA, ESQ.

RMTM:ks
Katy\active clients\Salii, Steven\Def. third exparte