**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

**FILED**
DISTRICT COURT OF GUAM
JUN -9 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM
## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII ) <br> ) <br> Defendant. ) <br> _____) | Criminal Case No. **CR-05-00048-002** <br><br> **NOTICE DEFENDANT THIRD EXPARTE MOTION TO TEMPORARILY MODIFY DEFENDANT'S RELEASE CONDITIONS** |

PLEASE TAKE NOTICE that on the _____ day of JUN - 9 2006, 2006 at 2:00 a.m/p.m., Defendant Steven Salii will move the District Court of Guam for an Order to allow defendant to meet his medical doctor and job supervisor in the Republic of Palau to leave on June 11, 2006 and return on June 20, 2006. This motion is based upon the pleadings on file, this third motion for temporary modification in conditions of release, and such other and further matters as may be present at the time of the hearing.

Dated this 8th day of June, 2006.

CABOT MANTANONA LLP

By: _____
RAWLEN M.T. MANTANONA, ESQ.