IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES



DISTRICT COURT OF GUAM
JUN -9 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00048-002        DATE: 06/09/2006

***

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding       Law Clerk: None Present
Court Recorder/Courtroom Deputy: Marilyn B Alcon
**Electronically Recorded: 2:04:26 - 2:13:52**       CSO: L. Ogo

*********************APPEARANCES*************************

**DEFT:**  STEVEN SALII        **ATTY :** **THEODORE CHRISTOPHER
( X ) NOT PRESENT   ( ) CUSTODY   ( X ) BOND   ( ) P.R.    ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED
                                                **(On behalf of Attorney Rawlen Mantanona)

U.S. ATTORNEY:  ROSETTA SAN NICOLAS        AGENT:

U.S. PROBATION: CARLEEN BORJA              U.S. MARSHAL:
INTERPRETER: _____        LANGUAGE : _____

***

PROCEEDINGS:   THIRD EX PARTE MOTION TO MODIFY CONDITIONS OF RELEASE

( X ) MOTION ARGUED BY   ( X ) GOVERNMENT   ( X ) DEFENDANT
( X ) MOTION ____Granted   _X_ Denied   ____Withdrawn   ____Under Advisement
( ) ORDER SUBMITTED   ____Approved   ____Disapproved
( ) ORDER TO BE SUBMITTED BY _____
( ) PROCEEDINGS CONTINUED TO:

NOTES:

The Court denied defense counsel's Third Ex Parte Motion to Modify Conditions of Release and stated its reason.

The Court informed counsel that they may resubmit their motion at a later date.

Courtroom Deputy: _mba_