DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES - GENERAL



**FILED**
DISTRICT COURT OF GUAM
JUN 26 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. 05-00048           DATE: June 26, 2006

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding         Law Clerk: Mary Lou Johnson
Court Reporter: Wanda Miles                                     Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded - RUN TIME: 9:09:10 - 9:35:54   CSO: B. Pereda

****************APPEARANCES****************

**DEFT: STEVEN SALII**                                **ATTY: RAWLEN MANTANONA**
( X ) PRESENT ( ) CUSTODY ( ) BOND ( X ) P.R.         ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                          AGENT:

U.S. PROBATION:                                       U.S. MARSHAL: NONE PRESENT

INTERPRETER: MAHINA ANDERSON                          LANGUAGE: PALAUAN

**PROCEEDINGS:       FINAL PRETRIAL CONFERENCE**

( ) MOTION(s) ARGUED BY    ( ) GOVERNMENT     ( ) DEFENDANT(s)
( ) MOTION(s)  ___Granted  ___Denied   ___Withdrawn  ___ Under Advisement
( ) ORDER SUBMITTED       ___Approved      ___Disapproved
( ) ORDER to prepared By:_____
( ) PROCEEDINGS CONTINUED TO: _____ at _____

**NOTES:**

Parties stated that there will be no Rule 15, therefore, Government's Motion in Limine is Moot. No further written order will be forthcoming.

Trial will run from 9:00 a.m. to 5:00 p.m. with a one hour lunch and one fifteen minute break in the morning and afternoon. There will be fourteen jurors, and the two alternates will be randomly chosen at the conclusion of the case using the jury wheel. Parties had no objections.

Government's Motion to Use Court's Equipment - Granted. Defense moved for the use of Court's Equipment during trial - Granted. Witness exclusion rule will be applicable during trial.

( ) DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHALS SERVICE
( X ) DEFENDANT RELEASED ( X ) as previously ordered ( ) see Release Conditions-
                                                          next page