DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL



FILED
DISTRICT COURT OF GUAM
JUN 26 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00048-002**     **DATE: June 26, 2006**

***

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding  |  Law Clerk: Mary Lou Johnson
Official Court Reporter: Wanda Miles  |  Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 1:41:17 - 1:37:18; 1:41:17 - 3:15:30  |  CSO: F. Tenorio / B. Pereda
3:36:08 - 4:27:40

***APPEARANCES***

**DEFT STEVEN SALII**  |  **ATTY RAWLEN MANTANONA**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.  |  ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON  |  AGENT: BYRON FARLEY, Customs and Border Protection

U.S. PROBATION: None Present  |  U.S. MARSHAL: None Present

INTERPRETER: Mahina Anderson  |  LANGUAGE: Palauan

## DAY NO. 1 OF TRIAL

( X ) VOIR DIRE BEGUN
( X ) VOIR DIRE HELD
( X ) JURY EMPANELED AND SWORN
(   ) OPENING STATEMENT BY THE ___ Plaintiff ___ Defendant
(   ) WITNESSES SWORN AND EXAMINED          ( X ) EXHIBITS MARKED AND ADMITTED
         SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(   ) CLOSING ARGUMENT BY THE ___ Plaintiff ___ Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: Tuesday, June 27, 2006 at 9:00 a.m.
(   ) JURY CHARGED BY COURT
(   ) JURY DELIBERATE AT _____     (   ) JURY RETURNS VERDICT AT: _____
(   ) JURY VERDICT: _____
(   ) JURY POLLED   (   ) POLLING WAIVED    (   ) JURY DISCHARGED
(   ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

**Parties stipulated to the admittance of all exhibits - Granted.**

**Preliminary Instructions given to the jurors.**

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____GUAM_____

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| Steven Salii | Case Number: CR-05-00048-002 |

| PRESIDING JUDGE<br>**WM. FREMMING NIELSEN** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**RAWLEN MANTANONA** |
|---|---|---|
| HEARING DATE (S)<br>June 26-29, 2006 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Parties stipulate to the admission of all exhibits - Granted** |
| | 1 | | | | 6/26/06 | Photograph of Yan Qiu (black & white) |
| | 2 | | | | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | 3 | | | | 6/26/06 | Customs Declaration of Qiu on December 5, 2004 |
| | 4 | | | | 6/26/06 | Customs Declaration of Salii on December 5, 2004 |
| | 5 | | | | 6/26/06 | Continental reservation history (copy with yellow highlighted areas) |
| | 6 | | | | 6/26/06 | Passenger list, CO 954, Koror to Guam |
| | 7 | | | | 6/26/06 | Continental passenger history re CO 954 |
| | 8 | | | | 6/26/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | 9 | | | | 6/26/06 | Passenger list, CO 953 (generated by U.S. Immigration) |
| | | A | | | 6/26/06 | Plea Agreement of Yan Qiu in Criminal Case No. 04-00057 (copy only) |
| | | B | | | 6/26/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy only) |
| | | C | | | 6/26/06 | Defendant Salii's ticket stub and itinerary |
| | | | | | | **4:27:40 End Day 1** |