DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
JUN 27 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00048-002            DATE: June 27, 2006
********************************************************************************

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding      Law Clerk: Mary Lou Johnson
Official Court Reporter: Wanda Miles                        Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 9:00:09 - 10:29:16; 10:50:02 - 11:59:20    CSO: B. Pereda / P. Taijeron / F. Tenorio
1:04:30 - 2:43:30; 3:02:23 - 4:27:50
******************************** APPEARANCES ********************************

**DEFT STEVEN SALII**                                **ATTY RAWLEN MANTANONA**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.     ( X ) PRESENT ( ) RETAINED ( ) FPD ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                         AGENT: BYRON FARLEY, Customs and Border Protection

U.S. PROBATION: None Present                         U.S. MARSHAL: V. ROMAN / D. PUNZALAN

INTERPRETER: Mahina Anderson                         LANGUAGE: Palauan
********************************************************************************

## DAY NO. 2 OF TRIAL

( ) VOIR DIRE BEGUN
( ) VOIR DIRE HELD
( ) JURY EMPANELED AND SWORN
( X ) OPENING STATEMENT BY THE   X  Plaintiff   X  Defendant
( X ) WITNESSES SWORN AND EXAMINED        ( X ) EXHIBITS MARKED AND ADMITTED
        SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ____Plaintiff ____Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: Wednesday, June 28, 2006 at 9:00 a.m.
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT _____    ( ) JURY RETURNS VERDICT AT: _____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( ) OTHER MATTER(s):

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

United States of America

v.

Steven Salii

**EXHIBIT AND WITNESS LIST**

Case Number: CR-05-00048-002

| PRESIDING JUDGE<br>WM. FREMMING NIELSEN | | | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | | DEFENDANT'S ATTORNEY<br>RAWLEN MANTANONA |
|---|---|---|---|---|---|
| HEARING DATE (S)<br>June 26-29, 2006 | | | COURT REPORTER<br>WANDA MILES | | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Parties stipulate to the admission of all exhibits - Granted** |
| | 1 | | | | 6/26/06 | Photograph of Yan Qiu (black & white) |
| | 2 | | | | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | 3 | | | | 6/26/06 | Customs Declaration of Qiu on December 5, 2004 |
| | 4 | | | | 6/26/06 | Customs Declaration of Salii on December 5, 2004 |
| | 5 | | | | 6/26/06 | Continental reservation history (copy with yellow highlighted areas) |
| | 6 | | | | 6/26/06 | Passenger list, CO 954, Koror to Guam |
| | 7 | | | | 6/26/06 | Continental passenger history re CO 954 |
| | 8 | | | | 6/26/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | 9 | | | | 6/26/06 | Passenger list, CO 953 (generated by U.S. Immigration) |
| | | A | | | 6/26/06 | Plea Agreement of Yan Qiu in Criminal Case No. 04-00057 (copy only) |
| | | B | | | 6/26/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy only) |
| | | C | | | 6/26/06 | Defendant Salii's ticket stub and itinerary |
| | | | | | | **4:27:40 End Day 1** |
| | | | | | | **9:00:09 Begin Day 2** |
| | | | | | | 9:04:40 - 9:31:18   Opening Statement by Ms. Johnson |
| | | | | | | 9:31:32 - 9:39:20   Opening Statement by Mr. Mantanona |
| | | | | | | **YAN QIU, called and sworn; assisted by Foo Mee Chun Clinard, Interpreter** |
| | | | | | | DX by Ms. Johnson |
| | 2 | | 6/27/06 | 6/27/06 | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | 1 | | 6/27/06 | 6/27/06 | 6/26/06 | Photograph of Yan Qiu (black & white) |
| | 3 | | 6/27/06 | 6/27/06 | 6/26/06 | Customs Declaration of Qiu on December 5, 2004 |
| | 4 | | 6/27/06 | 6/27/06 | 6/26/06 | Customs Declaration of Salii on December 5, 2004 |
| | | | | | | 10:29:02 End DX |
| | | | | | | **10:29:16 - 10:50:02 BREAK** |
| | | | | | | CX by Mr. Mantanona |
| | 2 | | 6/27/06 | 6/27/06 | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | | A | 6/27/06 | 6/27/06 | 6/26/06 | Plea Agreement of Yan Qiu in Criminal Case No. 04-00057 (copy only) |
| | | | | | | 11:49:42 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 11:59:09 End Re-DX |
| | | | | | | **11:59:09 - 1:04:30 LUNCH BREAK** |
| | | | | | | Re-CX by Mr. Mantanona |
| | | | | | | 1:07:47 End Re-CX; No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | **MARTHA MARCIL, called and sworn** |
| | | | | | | DX by Ms. Johnson |

| PRESIDING JUDGE WM. FREMMING NIELSEN | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY RAWLEN MANTANONA |
|---|---|---|---|---|---|---|
| HEARING DATE (S) June 26-29, 2006 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 5 | | 6/27/06 | 6/27/06 | 6/26/06 | Continental reservation history |
| | 2 | | 6/27/06 | 6/27/06 | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | | | | | | 1:17:18 End DX |
| | | | | | | CX by Mr. Mantanona |
| | 2 | | 6/27/06 | 6/27/06 | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | 5 | | 6/27/06 | 6/27/06 | 6/26/06 | Continental reservation history (copy with yellow highlighted areas) |
| | | | | | | 1:23:30 End CX |
| | | | | | | Re-DX; End 1:24:00 No further examination |
| | | | | | | Witness excused |
| | | | | | | **DAN ZHU, called and sworn; assisted by Foo Mee Chun Clinard, Interpreter** |
| | 2 | | 6/27/06 | 6/27/06 | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | | | | | | Hearsay Objection re testimony - Overruled |
| | | | | | | 2:43:20 End DX |
| | | | | | | **2:43:30 - 3:02:03 BREAK** |
| | | | | | | CX by Mr. Mantanona |
| | | B | 6/27/06 | 6/27/06 | 6/26/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy only) |
| | | | | | | 3:57:20 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | **4:27:50 End Day 2** |

Page -2-