DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL


FILED
DISTRICT COURT OF GUAM
JUN 2 8 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00048-002**  **DATE:** June 28, 2006

***

| | |
|---|---|
| HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding | Law Clerk: Mary Lou Johnson |
| Official Court Reporter: Wanda Miles | Courtroom Deputy: Leilani Toves Hernandez |
| Hearing Electronically Recorded: 9:01:40 - 10:25:24; 10:43:24 - 11:48:47  1:01:51 - 1:45:05 | CSO: B. Pereda |

*********************** A P P E A R A N C E S ***********************

**DEFT  STEVEN SALII**                    **ATTY  RAWLEN MANTANONA**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.      ( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON       AGENT: BYRON FARLEY, Customs and Border Protection

U.S. PROBATION: None Present          U.S. MARSHAL: V. ROMAN / C. MARQUEZ

INTERPRETER: Mahina Anderson         LANGUAGE: Palauan

## DAY NO. 3 OF TRIAL

( ) VOIR DIRE BEGUN
( ) VOIR DIRE HELD
( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ___ Plaintiff ___ Defendant
( X ) WITNESSES SWORN AND EXAMINED      ( X ) EXHIBITS MARKED AND ADMITTED
       SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE ___ Plaintiff ___ Defendant
( X ) TRIAL/DELIBERATION CONTINUED TO: Thursday, June 29, 2006 at 9:00 a.m.
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT_____    ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED   ( ) POLLING WAIVED   ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

Government rested their case.

Defense moved and argued for a Judgment of Acquittal. The Court Denied the Motion and stated its reasons. No further written order will be forthcoming.

Government moved to strike the testimony of Angelina Santos. The Court Granted the Motion and instructed the jury to disregard the witness's testimony. No further written order will be forthcoming.

Defense rested their case.

Jury Instructions read by the Court.

# UNITED STATES DISTRICT COURT

DISTRICT OF _GUAM_

| | |
|---|---|
| United States of America<br>V.<br>Steven Salii | **EXHIBIT AND WITNESS LIST**<br><br>Case Number: CR-05-00048-002 |

| PRESIDING JUDGE<br>**WM. FREMMING NIELSEN** | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | DEFENDANT'S ATTORNEY<br>**RAWLEN MANTANONA** |
|---|---|---|
| HEARING DATE (S)<br>June 26-29, 2006 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **Parties stipulate to the admission of all exhibits - Granted** |
| | 1 | | | | 6/26/06 | Photograph of Yan Qiu (black & white) |
| | 2 | | | | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | 3 | | | | 6/26/06 | Customs Declaration of Qiu on December 5, 2004 |
| | 4 | | | | 6/26/06 | Customs Declaration of Salii on December 5, 2004 |
| | 5 | | | | 6/26/06 | Continental reservation history (copy with yellow highlighted areas) |
| | 6 | | | | 6/26/06 | Passenger list, CO 954, Koror to Guam |
| | 7 | | | | 6/26/06 | Continental passenger history re CO 954 |
| | 8 | | | | 6/26/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | 9 | | | | 6/26/06 | Passenger list, CO 953 (generated by U.S. Immigration) |
| | | A | | | 6/26/06 | Plea Agreement of Yan Qiu in Criminal Case No. 04-00057 (copy only) |
| | | B | | | 6/26/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy only) |
| | | C | | | 6/26/06 | Defendant Salii's ticket stub and itinerary |
| | | | | | | **4:27:40 End Day 1** |
| | | | | | | **9:00:09 Begin Day 2** |
| | | | | | | 9:04:40 - 9:31:18   Opening Statement by Ms. Johnson |
| | | | | | | 9:31:32 - 9:39:20   Opening Statement by Mr. Mantanona |
| | | | | | | **YAN QIU, called and sworn; assisted by Foo Mee Chun Clinard, Interpreter** |
| | | | | | | DX by Ms. Johnson |
| | 2 | | 6/27/06 | 6/27/06 | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | 1 | | 6/27/06 | 6/27/06 | 6/26/06 | Photograph of Yan Qiu (black & white) |
| | 3 | | 6/27/06 | 6/27/06 | 6/26/06 | Customs Declaration of Qiu on December 5, 2004 |
| | 4 | | 6/27/06 | 6/27/06 | 6/26/06 | Customs Declaration of Salii on December 5, 2004 |
| | | | | | | 10:29:02 End DX |
| | | | | | | **10:29:16 - 10:50:02 BREAK** |
| | | | | | | CX by Mr. Mantanona |
| | 2 | | 6/27/06 | 6/27/06 | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | | A | 6/27/06 | 6/27/06 | 6/26/06 | Plea Agreement of Yan Qiu in Criminal Case No. 04-00057 (copy only) |
| | | | | | | 11:49:42 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 11:59:09 End Re-DX |
| | | | | | | **11:59:09 - 1:04:30 LUNCH BREAK** |
| | | | | | | Re-CX by Mr. Mantanona |
| | | | | | | 1:07:47 End Re-CX; No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | **MARTHA MARCIL, called and sworn** |
| | | | | | | DX by Ms. Johnson |

Page -1-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 5 | | 6/27/06 | 6/27/06 | 6/26/06 | Continental reservation history |
| | 2 | | 6/27/06 | 6/27/06 | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | | | | | | 1:17:18 End DX |
| | | | | | | CX by Mr. Mantanona |
| | 2 | | 6/27/06 | 6/27/06 | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | 5 | | 6/27/06 | 6/27/06 | 6/26/06 | Continental reservation history (copy with yellow highlighted areas) |
| | | | | | | 1:23:30 End CX |
| | | | | | | Re-DX; End 1:24:00 No further examination |
| | | | | | | Witness excused |
| | | | | | | **DAN ZHU, called and sworn; assisted by Foo Mee Chun Clinard, Interpreter** |
| | 2 | | 6/27/06 | 6/27/06 | 6/26/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | | | | | | Hearsay Objection re testimony - Overruled |
| | | | | | | 2:43:20 End DX |
| | | | | | | **2:43:30 - 3:02:03 BREAK** |
| | | | | | | CX by Mr. Mantanona |
| | | B | 6/27/06 | 6/27/06 | 6/26/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy only) |
| | | | | | | 3:57:20 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | **4:27:50 End Day 2** |
| | | | | | | **9:01:40 Begin Day 3** |
| | | | | | | **DAN ZHU, resumed the witness stand; assisted by Foo Mee Chun Clinard, Interpreter** |
| | | | | | | Mr. Mantanona stated he has no further Re-CX |
| | | | | | | Witness excused |
| | | | | | | **DESMOND FULLERTON, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 5 | | 6/27/06 | 6/27/06 | 6/26/06 | Continental reservation history (copy with yellow highlighted areas) |
| | 6 | | 6/28/06 | 6/28/06 | 6/26/06 | Passenger list, CO 954, Koror to Guam |
| | 7 | | 6/28/06 | 6/28/06 | 6/26/06 | Continental passenger history re CO 954 |
| | 8 | | 6/28/06 | 6/28/06 | 6/26/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | 9 | | 6/28/06 | 6/28/06 | 6/26/06 | Passenger list, CO 953 (generated by U.S. Immigration) |
| | | | | | | 9:30:26 End DX |
| | | | | | | CX by Mr. Mantanona |
| | 5 | | 6/27/06 | 6/27/06 | 6/26/06 | Continental reservation history (copy with yellow highlighted areas) |
| | 8 | | 6/28/06 | 6/28/06 | 6/26/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | | | | | | 9:32:12 End CX; No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | **BYRON FARLEY, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 9 | | 6/28/06 | 6/28/06 | 6/26/06 | Passenger list, CO 953 (generated by U.S. Immigration) |
| | | | | | | 10:25:10 End DX |
| | | | | | | **10:25:24 - 10:43:24 BREAK** |
| | | | | | | CX by Mr. Mantanona |
| | 9 | | 6/28/06 | 6/28/06 | 6/26/06 | Passenger list, CO 953 (generated by U.S. Immigration) |
| | | | | | | 11:07:37 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | 9 | | 6/28/06 | 6/28/06 | 6/26/06 | Passenger list, CO 953 (generated by U.S. Immigration) |
| | | | | | | 11:12:55 End Re-DX |
| | | | | | | Re-CX by Mr. Mantanona |
| | 9 | | 6/28/06 | 6/28/06 | 6/26/06 | Passenger list, CO 953 (generated by U.S. Immigration) |
| | | | | | | 11:15:20 End Re-CX |
| | | | | | | **LUCAS SALII, called and sworn** |
| | | | | | | DX by Ms. Johnson |

| PRESIDING JUDGE<br>**WM. FREMMING NIELSEN** | | | PLAINTIFF'S ATTORNEY<br>**KARON JOHNSON** | | | DEFENDANT'S ATTORNEY<br>**RAWLEN MANTANONA** |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>June 26-29, 2006 | | | COURT REPORTER<br>**WANDA MILES** | | | COURTROOM DEPUTY<br>**LEILANI TOVES HERNANDEZ** |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 11:29:03 End DX |
| | | | | | | CX by Mr. Mantanona |
| | | | | | | 11:38:53 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 11:39:22 End Re-DX; No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | *Government rested their case* |
| | | | | | | The Court stated its reasons for overruling defense counsel's hearsay objection regarding certain testimony of Dan Zhu |
| | | | | | | **11:44:51 - 1:01:51 LUNCH BREAK** |
| | | | | | | **ANGELINA SANTOS, called and sworn** |
| | | | | | | DX by Mr. Mantanona |
| | | | | | | 1:14:47 End DX |
| | | | | | | CX by Ms. Johnson |
| | | | | | | Ms. Johnson moved to strike the testimony of Angelina Santos. The Court Granted the Motion and stated its reasons. |
| | | | | | | *Defense rested their case* |
| | | | | | | **1:45:05 End Day 3** |