DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL



**FILED**
DISTRICT COURT OF GUAM
JUN 29 2006
MARY L.M. MORAN
CLERK OF COURT

**CASE NO. CR-05-00048-002**          **DATE:** June 29, 2006

*****

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding    Law Clerk: Mary Lou Johnson
Official Court Reporter: Wanda Miles                       Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 8:59:48 - 9:33:48; 9:45:48 -11:09:30    CSO: B. Pereda

***** APPEARANCES *****

**DEFT STEVEN SALII**                                **ATTY RAWLEN MANTANONA**
(X) PRESENT ( ) CUSTODY ( ) BOND (X) P.R.            (X) PRESENT ( ) RETAINED ( ) FPD (X) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON                         AGENT: BYRON FARLEY, Customs and Border Protection

U.S. PROBATION: None Present                         U.S. MARSHAL: V. ROMAN

INTERPRETER: Mahina Anderson                         LANGUAGE: Palauan

### DAY NO. 4 OF TRIAL

( ) VOIR DIRE BEGUN
( ) VOIR DIRE HELD
( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE    ___ Plaintiff  ___ Defendant
( ) WITNESSES SWORN AND EXAMINED    ( ) EXHIBITS MARKED AND ADMITTED
    SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
(X) CLOSING ARGUMENT BY THE:  __X__ Plaintiff  __X__ Defendant
(X) TRIAL/DELIBERATION CONTINUED TO: Friday, June 30, 2006 at 9:00 a.m.
(X) JURY CHARGED BY COURT
(X) JURY DELIBERATE AT __11:07 a.m.__    ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( ) JURY DISCHARGED
( ) COURT FINDINGS: _____

(X) OTHER MATTER(s):

**Jury name cards were placed in the jury wheel and two names were drawn as alternates and they were excused by the Court.**