# CR-05-00048-002
## USA -vs- STEVEN SALII
## JURY NOTE

On Exhibit 2: Singapore Passport.

Question: Does the passport belong to Dan Zhu's daughter?

Foreman

6-29-06
12:54p

**FILED**
DISTRICT COURT OF GUAM
JUN 29 2006
MARY L.M. MORAN
CLERK OF COURT