FILED
DISTRICT COURT OF GUAM
JUN 29 2006
MARY L.M. MORAN
CLERK OF COURT

MEMORANDUM

**TO:** Jury in United States v. Steven Salii, CR-05-48,
**FROM:** Judge Nielsen
**DATE:** June 29, 2006
**RE:** Jury Question at 12:54 p.m.

---

The following answer is in response to your question regarding Exhibit 2: Singapore Passport:

The answer to this question is no, the Singapore passport does not belong to Dan Zhu's daughter. However, I remind the jury that you should rely on your collective memory as to the evidence.

*[signature]*
6/29/06
1330