# CR-05-00048-002
## USA -vs- STEVEN SALII
## JURY NOTE

Ready to adjourn

Return tomorrow at 9:00A

Foreman

6-29-06
4:40p

FILED
DISTRICT COURT OF GUAM
JUN 29 2006
MARY L.M. MORAN
CLERK OF COURT