# CR-05-00048-002
## USA -vs- STEVEN SALII
## JURY NOTE

On Exhibit C.

Please provide us with a clearer copy.

Foreman

**FILED**
DISTRICT COURT OF GUAM
JUN 30 2006
MARY L.M. MORAN
CLERK OF COURT

6.30.06
1:40p