MEMORANDUM

**FILED**
DISTRICT COURT OF GUAM

JUN 30 2006

MARY L.M. MORAN
CLERK OF COURT

**TO:** Jury in United States v. Steven Salii, CR-05-48,

**FROM:** Judge Nielsen

**DATE:** June 30, 2006

**RE:** Jury Question at 1:40 p.m.

---

The following answer is in response to your question regarding Exhibit C.

Attached is the original of Exhibit C that you requested.

*[signature]*
June 30 2006
1425