# CR-05-00048-002
## USA -vs- STEVEN SALII
## JURY NOTE

Your Honor:

We can not come up with a unanimous decision.

Foreman

FILED
DISTRICT COURT OF GUAM
JUN 30 2006
MARY L.M. MORAN
CLERK OF COURT

6-30-06
3:18p