DISTRICT COURT OF GUAM
TERRITORY OF GUAM
MINUTES - TRIAL



**FILED**
DISTRICT COURT OF GUAM
JUN 30 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO. CR-05-00048-002　　　　DATE: June 30, 2006

***

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding　　　Law Clerk: Mary Lou Johnson
Official Court Reporter: Wanda Miles　　　　Courtroom Deputy: Leilani Toves Hernandez
Hearing Electronically Recorded: 3:58:48 - 4:17:38　　　CSO: F. Tenorio

**APPEARANCES**

**DEFT STEVEN SALII**　　　　　　　　**ATTY RAWLEN MANTANONA**
( X ) PRESENT  ( ) CUSTODY  ( ) BOND  ( X ) P.R.　　( X ) PRESENT  ( ) RETAINED  ( ) FPD  ( X ) CJA APPOINTED

U.S. ATTORNEY: KARON JOHNSON　　　　AGENT: BYRON FARLEY, Customs and Border Protection

U.S. PROBATION: None Present　　　　U.S. MARSHAL: None Present

INTERPRETER: Mahina Anderson　　　　LANGUAGE: Palauan

## DAY NO. 5 OF TRIAL

( ) VOIR DIRE BEGUN
( ) VOIR DIRE HELD
( ) JURY EMPANELED AND SWORN
( ) OPENING STATEMENT BY THE ___ Plaintiff ___ Defendant
( ) WITNESSES SWORN AND EXAMINED    ( ) EXHIBITS MARKED AND ADMITTED
　　SEE ATTACHED EXHIBIT AND WITNESS LIST, AO FORM 187 (and 187A, when applicable)
( ) CLOSING ARGUMENT BY THE: ___ Plaintiff ___ Defendant
( ) TRIAL/DELIBERATION CONTINUED TO: _____
( ) JURY CHARGED BY COURT
( ) JURY DELIBERATE AT _____    ( ) JURY RETURNS VERDICT AT:_____
( ) JURY VERDICT: _____
( ) JURY POLLED    ( ) POLLING WAIVED    ( X ) JURY DISCHARGED
( ) COURT FINDINGS: _____

( X ) OTHER MATTER(s):

The Court and parties discuss the jury note regarding the hung jury. Government opposed the reading of the Allen Charge to the Jury. Rebuttal by defense. The Court read the instruction to the Jury.

The Court declared a Mistrial. Defense argued his opposition. The Court Ordered Defense counsel to be here for trial. Trial to commence on Monday, July 3, 2006 at 1:00 p.m.

Defense requested for transcripts of testimonies given at trial - Denied.