**CABOT MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**



FILED
DISTRICT COURT OF GUAM
JUL -3 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| ) | |
| vs. ) | |
| ) | **DEFENDANT STEVEN SALII'S** |
| STEVEN SALII ) | **FIRST AMENDED** |
| ) | **WITNESS LIST** |
| Defendant. ) | |
| ) | |

COMES NOW, Defendant STEVEN SALII, through counsel, Cabot Mantanona LLP, by Rawlen M T Mantanona, Esq., and hereby submits his Witness List for the Jury Trial of the within-entitled matter. The following individuals may be called to testify at the Trial:

1. Sadaria Lirow aka Sadie - Republic of Palau
2. Martha Marcel - Republic of Palau
3. Angie Santos - Republic of Palau
4. Steven Salii - Republic of Palau
5. Lucas Salii - 199 B Banyan Heights, Barrigada, Guam 96910
6. Jocelyn Isechal- Koror, Palau

This Witness List is not intended to be a complete list of all individuals to be

called to testify at the Jury Trial. Defendant reserves the right to call additional witnesses for the presentation of his case as well as for rebuttal.

Dated this 2 July, 2006.

CABOT MANTANONA LLP

_____
**RAWLEN M T MANTANONA, ESQ.**