## IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES

CASE NO.: CR-05-00048-002          DATE: July 03, 2006

---

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding
    Law Clerk: Mary Lou Johnson      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 1:10:50 - 2:13:48; 2:29:52 - 4:02:12
    CSO: F. Tenorio / P. Taijeron

---

**APPEARANCES:**
    Defendant: Steven Salii      Attorney: Rawlen Mantanona
        ☒ Present ☐ Custody ☐ Bond      ☒ Present ☐ Retained
        ☒ P.R.      ☐ FPD ☒ CJA
    U.S. Attorney: Karon Johnson      U.S. Agent:
    U.S. Probation: None Present      U.S. Marshal: None Present
    Interpreter: Mahina Anderson      Language: Palauan
        ☐ Sworn ☒ Previously Sworn

---

**PROCEEDINGS: Jury Trial**
- Day No. 1 of Trial
- Voir Dire Begun
- Voir Dire Held
- Jury Empaneled and Sworn
- Opening Statement by the Plaintiff and Defendant
- Trial Continued to: July 5, 2006 at 8:30 a.m.

NOTES: Preliminary Instructions given to jurors.