ORIGINAL

stevensaliiexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL -5 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN SALII,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00048<br><br>**UNITED STATES' AMENDED EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 5th day of July, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Photograph of Yan QIU | | |
| 2) | Biopage of passport of Yuk Ching FU | | |
| 3) | Customs Declaration of QIU on December 5, 2004 | | |
| 4) | Customs Declaration of Salii on December 5, 2004 | | |
| 5) | Continental reservation history | | |
| 6) | Passenger list, CO 954, Koror to Guam | | |
| 7) | Continental passenger history re CO 954 | | |
| 8) | Reservation/passenger history, CO 953, Guam to Koror | | |
| 9) | Passenger list, CO 953 | | |
| 10) | Photo throw-down shown to Qiu Yan | | |
| 11) | Photo throw-down shown to Dan Zhu | | |
| 12) | Payroll Records from Palau Ministry of Finance: (A) Pay Periods for 2004 | | |
| | (B) Timesheet prepared by Ms. Etiterngel | | |
| | (C) Timesheet sent to Finance Office for Payperiod 11/28/04 - 12/11/04 | | |
| 13) | Side-by-side photographs of Qiu and Ching | | |

i