

**FILED**
DISTRICT COURT OF GUAM
JUL -5 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
TRIAL

CASE NO.: CR-05-00048-002        DATE: July 05, 2006

---

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding

Law Clerk: Mary Lou Johnson     Court Reporter: Wanda Miles

Courtroom Deputy: Leilani Toves Hernandez     Electronically Recorded: 8:42:42 - 9:55:44; 10:12:38 - 11:57:00; 1:04:28 - 1:26:21; 1:32:58 - 2:58:17; 3:17:44 - 4:30:57

CSO: F. Tenorio / P. Taijeron / D. Quinata

---

**APPEARANCES:**

Defendant: Steven Salii     Attorney: Rawlen Mantanona
☑ Present ☐ Custody     ☑ Present ☐ Retained
☐ Secured Bond ☐ Unsecured Bond     ☐ FPD ☑ CJA
☑ P.R.

U.S. Attorney: Karon Johnson     U.S. Agent: Byron Farley, Customs and Border Protection

U.S. Probation: None Present     U.S. Marshal: V. Roman / C. Marquez / D. Punzalan

Interpreter: Mahina Anderson     Language: Palauan
☐ Sworn ☑ Previously Sworn

---

**PROCEEDINGS: Jury Trial**
- Day No. 2 of Trial
- Witnesses Sworn and Examined
- Exhibits Marked and Admitted - See Attached Exhibit and Witness List, AO Form 187 (and 187a, When Applicable)
- Trial Continued to: July 6, 2006 at 9:30 a.m.

NOTES: Parties stipulated to the admission of all exhibits - Granted

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| V. Steven Salii | Case Number: CR-05-00048-002 |

| PRESIDING JUDGE<br>WM. FREMMING NIELSEN | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | DEFENDANT'S ATTORNEY<br>RAWLEN MANTANONA |
|---|---|---|
| HEARING DATE (S)<br>July 5, 2006 | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 8:42:42 Begin Day 2 |
| | | | | | | **Parties stipulate to the admission of all exhibits - Granted** |
| | 1 | | | | 7/5/06 | Photograph of Yan Qiu (colored) |
| | 2 | | | | 7/5/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | 3 | | | | 7/5/06 | Customs Declaration of Qiu on December 5, 2004 |
| | 4 | | | | 7/5/06 | Customs Declaration of Salii on December 5, 2004 |
| | 5 | | | | 7/5/06 | Continental reservation history (copy with yellow highlighted areas) |
| | 6 | | | | 7/5/06 | Passenger list, CO 954, Koror to Guam |
| | 7 | | | | 7/5/06 | Continental passenger history re CO 954 |
| | 8 | | | | 7/5/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | 9 | | | | 7/5/06 | Passenger list, CO 953 (generated by U.S. Immigration) |
| | 10 | | | | 7/5/06 | Photo throw-down shown to Qiu Yan |
| | 11 | | | | 7/5/06 | Photo throw-down shown to Dan Zhu |
| | 12A | | | | 7/5/06 | Payroll Records from Palau Ministry of Finance: Pay Periods for 2004 |
| | 12B | | | | 7/5/06 | Timesheet prepared by Ms. Etiterngel |
| | 12C | | | | 7/5/06 | Timesheet sent to Finance Office for Payperiod 11/28/-4 - 12/11/04 |
| | 13 | | | | 7/5/06 | Side-by-side photographs of Qiu and Ching |
| | | A | | | 7/5/06 | Plea Agreement of Yan Qiu in Criminal Case No. 04-00057 (copy) |
| | | B | | | 7/5/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy) |
| | | C | | | 7/5/06 | Defendant Salii's ticket stub and itinerary |
| | | | | | | **DAN ZHU, called and sworn; assisted by Foo Mee Chun Clinard, Interpreter** |
| | | | | | | DX by Ms. Johnson |
| | 1 | | 7/5/06 | 7/5/06 | 7/5/06 | Photograph of Yan Qiu (colored) |
| | 2 | | 7/5/06 | 7/5/06 | 7/5/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | | | | | | 9:55:44 - 10:12:38 BREAK |
| | | | | | | 10:50:16 End DX |
| | | | | | | CX by Mr. Mantanona |
| | | B | 7/5/06 | 7/5/06 | 7/5/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy) |
| | | | | | | 11:56:46 End CX |
| | | | | | | **11:57:00 - 1:04:28 LUNCH BREAK** |
| | | | | | | Re-DX by Ms. Johnson |
| | 11 | | 7/5/06 | 7/5/06 | 7/5/06 | Photo throw-down shown to Dan Zhu |
| | 5 | | 7/5/06 | 7/5/06 | 7/5/06 | Continental reservation history (copy with yellow highlighted areas) |
| | | | | | | 1:20:35 End Re-DX |

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
| --- | --- | --- | --- | --- | --- | --- |
| **WM. FREMMING NIELSEN** | | | | | **KARON JOHNSON** | **RAWLEN MANTANONA** |
| HEARING DATE(S) | | | | | COURT REPORTER | COURTROOM DEPUTY |
| July 5, 2006 | | | | | WANDA MILES | LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | Re-CX by Mr. Mantanona |
| | | | | | | Witness excused |
| | | | | | | 1:26:21 - 1:32:58  BREAK |
| | | | | | | **LUCAS SALII, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | 1:48:46 End DX |
| | | | | | | CX by Mr. Mantanona |
| | | | | | | 2:02:01 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 2:03:42 End Re-DX |
| | | | | | | Re-CX by Mr. Mantanona |
| | | | | | | 2:05:20 End Re-CX |
| | | | | | | Witness excused |
| | | | | | | **MARTHA MARCIL, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 2 | | 7/5/06 | 7/5/06 | 7/5/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | | | | | | 2:11:40 End DX |
| | | | | | | CX by Mr. Mantanona |
| | 5 | | 7/5/06 | 7/5/06 | 7/5/06 | Continental reservation history (copy with yellow highlighted areas) |
| | | C | 7/5/06 | 7/5/06 | 7/5/06 | Defendant Salii's ticket stub and itinerary |
| | | | | | | 2:14:47 End CX; No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | **DESMOND FULLERTON, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 5 | | 7/5/06 | 7/5/06 | 7/5/06 | Continental reservation history (copy with yellow highlighted areas) |
| | 6 | | 7/5/06 | 7/5/06 | 7/5/06 | Passenger list, CO 954, Koror to Guam |
| | 7 | | 7/5/06 | 7/5/06 | 7/5/06 | Continental passenger history re CO 954 |
| | 8 | | 7/5/06 | 7/5/06 | 7/5/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | | | | | | 2:36:18 End DX |
| | | | | | | CX by Mr. Mantanona |
| | 8 | | 7/5/06 | 7/5/06 | 7/5/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | | | | | | 2:38:31 End CX; No further testimony by counsel |
| | | | | | | Witness excused |
| | | | | | | **BYRON FARLEY, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | **2:58:17 - 3:17:44 BREAK** |
| | 10 | | 7/5/06 | 7/5/06 | 7/5/06 | Photo throw-down shown to Qiu Yan |
| | 11 | | 7/5/06 | 7/5/06 | 7/5/06 | Photo throw-down shown to Dan Zhu |
| | | | | | | 3:51   End DX |
| | | | | | | 3:51:22 CX by Mr. Mantanona |
| | | B | 7/5/06 | 7/5/06 | 7/5/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy) |
| | 13 | | 7/5/06 | 7/5/06 | 7/5/06 | Side-by-side photographs of Qiu and Ching |
| | | A | 7/5/06 | 7/5/06 | 7/5/06 | Plea Agreement of Yan Qiu in Criminal Case No. 04-00057 (copy) |
| | | | | | | 4:20:46 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 4:24:14 End Re-DX |
| | | | | | | Re-CX by Mr. Mantanona |
| | | | | | | 4:28:45 End Re-CX |
| | | | | | | **4:30:57 End Day 2** |