# CR-05-00048-002
## USA -vs- STEVEN SALII
## JURY NOTE

7/6/06
5:00 pm

Jury would like to be released for the day.

We would like to convene tomorrow, 7/7/06 at 8:30 AM.

*foreperson*

**FILED**
DISTRICT COURT OF GUAM
JUL - 6 2006
MARY L.M. MORAN
CLERK OF COURT

7.6.06
5:01pm