

**FILED**
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
### CRIMINAL MINUTES
### TRIAL

CASE NO.: CR-05-00048-002           DATE: July 06, 2006

---

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding

| | |
|---|---|
| Law Clerk: Mary Lou Johnson | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:38:00 - 11:02:52; 11:18:39 - 11:59:22; 1:33:36 - 3:34:57; 3:51:03 - 4:07:08 |
| CSO: P. Taijeron / F. Tenorio / D. Quinata | |

---

**APPEARANCES:**

| | |
|---|---|
| Defendant: Steven Salii | Attorney: Rawlen Mantanona |
| ☑ Present ☐ Custody ☐ Bond ☑ P.R. | ☑ Present ☐ Retained ☐ FPD ☑ CJA |
| U.S. Attorney: Karon Johnson | U.S. Agent: Byron Farley, Customs and Border Protection |
| U.S. Probation: None Present | U.S. Marshal: None Present |
| Interpreter: Mahina Anderson ☐ Sworn ☑ Previously Sworn | Language: Palauan |

---

**PROCEEDINGS: Jury Trial**
- Day No. 3 of Trial
- Exhibits Marked and Admitted - See Attached Exhibit and Witness List, AO Form 187 (and 187a, When Applicable)
- Closing Argument by the Plaintiff and Defendant
- Trial/Deliberation Continued to: July 7, 2006 at 8:30 a.m.
- Jury Charged by Court
- Jury Deliberate at 4:06 p.m.

NOTES: Both parties rested their case.

> Government moved to exclude the testimony of Jocelyn Salii. The Court Denied the Motion and stated its reasons. Government also moved that the jurors be instructed regarding testimony which referenced the trial last week. - Granted. No further written order will be forthcoming on the Court's rulings.

Jury Instructions read by the Court.

Jury name cards were placed in the jury wheel and two names were drawn as alternates and they were excused by the Court.

| United States of America | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| Steven Salii | Case Number: CR-05-00048-002 |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| WM. FREMMING NIELSEN | KARON JOHNSON | RAWLEN MANTANONA |
| HEARING DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| July 5-6, 2006 | WANDA MILES | LEILANI TOVES HERNANDEZ |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | **8:42:42 Begin Day 2** |
| | | | | | | **Parties stipulate to the admission of all exhibits - Granted** |
| | 1 | | | | 7/5/06 | Photograph of Yan Qiu (colored) |
| | 2 | | | | 7/5/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | 3 | | | | 7/5/06 | Customs Declaration of Qiu on December 5, 2004 |
| | 4 | | | | 7/5/06 | Customs Declaration of Salii on December 5, 2004 |
| | 5 | | | | 7/5/06 | Continental reservation history (copy with yellow highlighted areas) |
| | 6 | | | | 7/5/06 | Passenger list, CO 954, Koror to Guam |
| | 7 | | | | 7/5/06 | Continental passenger history re CO 954 |
| | 8 | | | | 7/5/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | 9 | | | | 7/5/06 | Passenger list, CO 953 (generated by U.S. Immigration) |
| | 10 | | | | 7/5/06 | Photo throw-down shown to Qiu Yan |
| | 11 | | | | 7/5/06 | Photo throw-down shown to Dan Zhu |
| | 12A | | | | 7/5/06 | Payroll Records from Palau Ministry of Finance: Pay Periods for 2004 |
| | 12B | | | | 7/5/06 | Timesheet prepared by Ms. Etiterngel |
| | 12C | | | | 7/5/06 | Timesheet sent to Finance Office for Payperiod 11/28/04 - 12/11/04 |
| | 13 | | | | 7/5/06 | Side-by-side photographs of Qiu and Ching |
| | | A | | | 7/5/06 | Plea Agreement of Yan Qiu in Criminal Case No. 04-00057 (copy) |
| | | B | | | 7/5/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy) |
| | | C | | | 7/5/06 | Defendant Salii's ticket stub and itinerary |
| | | | | | | **DAN ZHU, called and sworn; assisted by Foo Mee Chun Clinard, Interpreter** |
| | | | | | | DX by Ms. Johnson |
| | 1 | | 7/5/06 | 7/5/06 | 7/5/06 | Photograph of Yan Qiu (colored) |
| | 2 | | 7/5/06 | 7/5/06 | 7/5/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | | | | | | **9:55:44 - 10:12:38 BREAK** |
| | | | | | | 10:50:16 End DX |
| | | | | | | CX by Mr.Mantanona |
| | | B | 7/5/06 | 7/5/06 | 7/5/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy) |
| | | | | | | 11:56:46 End CX |
| | | | | | | **11:57:00 - 1:04:28 LUNCH BREAK** |
| | | | | | | Re-DX by Ms. Johnson |
| | 11 | | 7/5/06 | 7/5/06 | 7/5/06 | Photo throw-down shown to Dan Zhu |
| | 5 | | 7/5/06 | 7/5/06 | 7/5/06 | Continental reservation history (copy with yellow highlighted areas) |
| | | | | | | 1:20:35 End Re-DX |

| PRESIDING JUDGE<br>WM. FREMMING NIELSEN | | | | | PLAINTIFF'S ATTORNEY<br>KARON JOHNSON | DEFENDANT'S ATTORNEY<br>RAWLEN MANTANONA |
|---|---|---|---|---|---|---|
| HEARING DATE (S)<br>July 5-6, 2006 | | | | | COURT REPORTER<br>WANDA MILES | COURTROOM DEPUTY<br>LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | Re-CX by Mr. Mantanona |
| | | | | | | Witness excused |
| | | | | | | 1:26:21 - 1:32:58 BREAK |
| | | | | | | **LUCAS SALII, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | 1:48:46 End DX |
| | | | | | | CX by Mr. Mantanona |
| | | | | | | 2:02:01 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 2:03:42 End Re-DX |
| | | | | | | Re-CX by Mr. Mantanona |
| | | | | | | 2:05:20 End Re-CX |
| | | | | | | Witness excused |
| | | | | | | **MARTHA MARCIL, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 2 | | 7/5/06 | 7/5/06 | 7/5/06 | Republic of Singapore Passport of Yuk Ching Fu (orange) |
| | | | | | | 2:11:40 End DX |
| | | | | | | CX by Mr. Mantanona |
| | 5 | | 7/5/06 | 7/5/06 | 7/5/06 | Continental reservation history (copy with yellow highlighted areas) |
| | | C | 7/5/06 | 7/5/06 | 7/5/06 | Defendant Salii's ticket stub and itinerary |
| | | | | | | 2:14:47 End CX; No further examination by counsel |
| | | | | | | Witness excused |
| | | | | | | **DESMOND FULLERTON, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | 5 | | 7/5/06 | 7/5/06 | 7/5/06 | Continental reservation history (copy with yellow highlighted areas) |
| | 6 | | 7/5/06 | 7/5/06 | 7/5/06 | Passenger list, CO 954, Koror to Guam |
| | 7 | | 7/5/06 | 7/5/06 | 7/5/06 | Continental passenger history re CO 954 |
| | 8 | | 7/5/06 | 7/5/06 | 7/5/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | | | | | | 2:36:18 End DX |
| | | | | | | CX by Mr. Mantanona |
| | 8 | | 7/5/06 | 7/5/06 | 7/5/06 | Reservation/passenger history, CO 953, Guam to Koror |
| | | | | | | 2:38:31 End CX; No further testimony by counsel |
| | | | | | | Witness excused |
| | | | | | | **BYRON FARLEY, called and sworn** |
| | | | | | | DX by Ms. Johnson |
| | | | | | | 2:58:17 - 3:17:44 BREAK |
| | 10 | | 7/5/06 | 7/5/06 | 7/5/06 | Photo throw-down shown to Qiu Yan |
| | 11 | | 7/5/06 | 7/5/06 | 7/5/06 | Photo throw-down shown to Dan Zhu |
| | | | | | | 3:51 End DX |
| | | | | | | 3:51:22 CX by Mr. Mantanona |
| | | B | 7/5/06 | 7/5/06 | 7/5/06 | Plea Agreement of Dan Zhu in Criminal Case No. 05-00048 (copy) |
| | 13 | | 7/5/06 | 7/5/06 | 7/5/06 | Side-by-side photographs of Qiu and Ching |
| | | A | 7/5/06 | 7/5/06 | 7/5/06 | Plea Agreement of Yan Qiu in Criminal Case No. 04-00057 (copy) |
| | | | | | | 4:20:46 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 4:24:14 End Re-DX |
| | | | | | | Re-CX by Mr. Mantanona |
| | | | | | | 4:28:45 End Re-CX |
| | | | | | | **4:30:57 End Day 2** |
| | | | | | | **9:38:00 Begin Day 3** |
| | | | | | | **GRETA ETITERNGEL, called and sworn** |
| | | | | | | DX by Ms. Johnson |

| PRESIDING JUDGE WM. FREMMING NIELSEN | | | | | PLAINTIFF'S ATTORNEY KARON JOHNSON | DEFENDANT'S ATTORNEY RAWLEN MANTANONA |
|---|---|---|---|---|---|---|
| HEARING DATE (S) July 5-6, 2006 | | | | | COURT REPORTER WANDA MILES | COURTROOM DEPUTY LEILANI TOVES HERNANDEZ |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | 12A | | 7/6/06 | 7/6/06 | | Palau Bureau of Public Works Timesheet for pay period #26, year 2004** |
| | 12B | | 7/6/06 | 7/6/06 | | Republic of Palau Timesheet for cycle Ending 12/11/04** |
| | 12C | | 7/6/06 | 7/6/06 | | Application for Leave by Steven Salii for 12/06/04 to 01/04/05** |
| | | | | | | 10:07:58 End DX |
| | | | | | | CX by Mr. Mantanona |
| | | | | | | 10:16:37 End CX |
| | | | | | | Re-DX by Ms. Johnson |
| | | | | | | 10:18:22 End Re-DX; No further examination by counsel |
| | | | | | | *Witness excused* |
| | | | | | | ***Government rested their case*** |
| | | | | | | **JOCELYN ISECHAL SALII, called and sworn** |
| | | | | | | DX by Mr. Mantanona |
| | | | | | | 10:38:15 End DX |
| | | | | | | CX by Ms. Johnson |
| | | | | | | **11:02:52 - 11:18:39 BREAK** |
| | | | | | | Ms. Johnson moved to strike the testimony of Jocelyn Salii. The Court Denied the Motion and stated its reasons. |
| | | D | 7/6/06 | 7/6/06 | 7/6/06 | Fax from Tom Bathory to Joyce Salii re salary of Steven Salii |
| | | | | | | 11:39:58 End Re-DX; No further examination by counsel |
| | | | | | | *Witness excused* |
| | | | | | | ***Defense rested their case; No rebuttal by Government*** |
| | | | | | | **Government moved to substitute the originally submitted copies of Exhibits 12A, 12B, and 12C, with the originals offered and testified to by Greta Etiterngel. Defense had no objections - Granted |
| | | | | | | **4:07:08 End Day 3** |

Page -3-