# CR-05-00048-002
## USA -vs- STEVEN SALII
## JURY NOTE

May I please make a call to follow-up on my son's health. He's sick (cough, cold, on and off fever, asthmatic)

Thank-You,
Juror #12

FILED
DISTRICT COURT OF GUAM
JUL - 7 2006
MARY L.M. MORAN
CLERK OF COURT

7-7-06
10:21am