# CR-05-00048-002
## USA -vs- STEVEN SALII
## JURY NOTE

7/7/06
2:40 pm

To: Judge

Requesting a definition for the word "UNANIMOUS" identified in INSTRUCTION NO. 17 line #7,

foreperson

**FILED**
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT