| | | |
|---|---|---|
| **MEMORANDUM** | | **FILED**<br>DISTRICT COURT OF GUAM |
| **TO:** | Jury in United States v. Steven Salii, CR-05-48, | JUL -7 2006 |
| **FROM:** | Judge Nielsen | MARY L.M. MORAN |
| **DATE:** | July 7, 2006 | CLERK OF COURT |
| **RE:** | Jury Question at 2:40 p.m. | |

The following answer is in response to your question regarding Instruction 17.

In Instruction 17 the word "unanimous" means all 12 of you must agree on the question of whether the Defendant is not guilty or guilty.

*[signature]*
July 7 2006
3:00 PM