## MEMORANDUM

**TO:**  Jury in United States v. Steven Salii, CR-05-48,

**FROM:**  Judge Nielsen

**DATE:**  July 7, 2006, 4:40 p.m.

---

You have been working hard on your deliberations all day long and you must be tired. I suggest you go home for the weekend and return on Monday morning to resume your deliberations.

I remind you not to discuss the case with anyone other than your fellow jurors and only when you are all together.

*[signed]* Nielsen
July 7, 2006
4:40 pm