# MEMORANDUM

**TO:** Jury in United States v. Steven Salii, CR-05-48,

**FROM:** Judge Nielsen

**DATE:** July 7, 2006, 4:45 p.m.

---

You have been working hard on your deliberations all day long and you must be tired. I suggest you go home for the weekend and return on Monday morning to resume your deliberations.

I remind you not to discuss the case with anyone other than your fellow jurors and only when you are all together.

*[Handwritten signature]*
July 7 2006
4:40 pm

*[Handwritten note]:* We will resume deliberations 8:30 A.M. Monday, July 10, 2006

*[Signed]* foreperson

**FILED**
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT