
**FILED**
DISTRICT COURT OF GUAM
JUL -7 2006
MARY L.M. MORAN
CLERK OF COURT

**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
TRIAL**

CASE NO.: CR-05-00048-002                DATE: July 07, 2006

HON. Wm. FREMMING NIELSEN, Designated Judge, Presiding
    Law Clerk: Mary Lou Johnson      Court Reporter: Wanda Miles
  Courtroom Deputy: Leilani Toves Hernandez    Electronically Recorded:
    CSO: F. Tenorio / D. Quinata

**APPEARANCES:**
  Defendant: Steven Salii          Attorney: Rawlen Mantanona
    ☑ Present ☐ Custody          ☑ Present ☐ Retained ☐ FPD
    ☐ Bond ☑ P.R.          ☑ CJA
  U.S. Attorney: Karon Johnson      U.S. Agent: Byron Farley, Customs and Border Protection

  U.S. Probation: None Present      U.S. Marshal: None Present
  Interpreter: Mahina Anderson      Language: Palauan
    ☐ Sworn ☑ Previously Sworn

**PROCEEDINGS: Jury Trial**
- Day No. 4 of Trial
- Trial/Deliberation Continued to: July 10, 2006 at 8:30 a.m.

**NOTES:**