# CR-05-00048-002
## USA -vs- STEVEN SALII
## JURY NOTE

7/10/06

To: District Court,

I need to use the phone to call my work to see about signing my leave forms concerning jury duty. Thank you.

**FILED**
DISTRICT COURT OF GUAM
JUL 10 2006
MARY L.M. MORAN
CLERK OF COURT

7-10-06
9:57am