# CR-05-00048-002
## USA -vs- STEVEN SALII
## JURY NOTE

7/10/06
1:00 pm

The jury is unable to reach a unanimous decision. Jurors have indicated that they will stand by their final decision.

*(signed)* jury person
7-10-06
1:12 pm

**FILED**
DISTRICT COURT OF GUAM
JUL 10 2006
MARY L.M. MORAN
CLERK OF COURT