# CR-05-00048-002
## USA -vs- STEVEN SALII
## JURY NOTE

7-10-06

May I make a couple of phone calls to home and work.

Thank-You,
Juror #12

**FILED**
DISTRICT COURT OF GUAM
JUL 10 2006
MARY L.M. MORAN
CLERK OF COURT

7-10-06
1:20pm