

# IN THE DISTRICT COURT OF GUAM
## TERRITORY OF GUAM
## CRIMINAL MINUTES
## TRIAL



DISTRICT COURT OF GUAM
JUL 10 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-05-00048-002          DATE: July 10, 2006

HON. KATHERINE A. MARAMAN, Designated Judge, Presiding
    Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
    Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 3:09:45 - 3:19:07
    CSO: N. Edrosa / D. Quinata

**APPEARANCES:**
    Defendant: Steven Salii      Attorney: Rawlen Mantanona
    ☑ Present ☐ Custody ☐ Bond      ☑ Present ☐ Retained ☐ FPD
    ☑ P.R.      ☑ CJA
  U.S. Attorney: Russell Stoddard      U.S. Agent:
  U.S. Probation: None Present      U.S. Marshal: C. Marquez
    Interpreter: Mahina Anderson      Language: Palauan
    ☐ Sworn ☑ Previously Sworn

**PROCEEDINGS: Jury Trial**
- Day No. _5_ of Trial
- Jury Polled
- Jury Discharged

NOTES: The Court and the parties discussed the jury note regarding the hung jury.

    The Court declared a mistrial.

    The Court set the matter for Status Conference on August 14, 2006 at 1:30 p.m. Government was Ordered to notify the Court whether or not they wish to proceed with trial.