IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
AMENDED TRIAL MINUTES**



FILED
DISTRICT COURT OF GUAM
JUL 12 2006
MARY L.M. MORAN
CLERK OF COURT

CASE NO.: CR-05-00048-002  DATE: July 7, 2006

HON. Wm. FREMMING NIELSEN, Designated Judge - Not Present
    Law Clerk: None Present  Court Reporter: None Present
    Courtroom Deputy: Leilani Toves Hernandez  Electronically Recorded:
    CSO: None Present

**APPEARANCES:**
    Defendant: Steven Salii  Attorney: Rawlen Mantanona - Not Present
    DEFENDANT NOT PRESENT
    ☐Present ☐Custody ☐Bond  ☐Present ☐Retained
    ☐P.R.  ☐FPD ☐CJA
    U.S. Attorney: Karon Johnson - Not Present  U.S. Agent:
    U.S. Probation: None Present  U.S. Marshal: None Present
    Interpreter: Mahina Anderson - Not Present  Language:
    ☐Sworn ☐Previously Sworn

**PROCEEDINGS: Jury Trial**
- Day No. 4 of Trial
- Deliberation Continued to: July 10, 2006 at 8:30 a.m.

NOTES: ** Amended to reflect that there were no In-Court proceedings.