stevensaliidismiss

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
AUG - 2 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>STEVEN SALII,<br><br>             Defendant. | CRIMINAL CASE NO. 05-00048-02<br><br>**STIPULATED MOTION TO**<br>**DISMISS INDICTMENT** |

COMES NOW the parties, the United States of America, by and through its undersigned attorney and counsel for defendant, STEVEN SALII, and moves that the Indictment in the above cause against defendant, STEVEN SALII, and that this case be dismissed without prejudice. This case has been tried before a jury on two occasions and in both trials the jury was not able to reach a unanimous decision.

//
//
//
//

ORIGINAL

The parties, therefore, move and request that this case be dismissed without prejudice at this time.

SO STIPULATED.

8/2/06
DATE

RAWLEN MANTANONA
Attorney for Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

8/2/06
DATE

By: [signature] Frederick A. Black for K.J.
KARON V. JOHNSON
Assistant U.S. Attorney