LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. 05-00048-02 |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| STEVEN SALII, | ) **Stipulated Motion to Dismiss Indictment** |
| Defendant. | ) |

The parties have entered into a stipulated motion to dismiss this case, based on two jury trials in which the jury was unable to reach an unanimous verdict.

IT IS SO ORDERED that the Indictment in the above case against defendant, STEVEN SALII, is dismissed without prejudice. The status hearing scheduled for August 14, 2006 is hereby vacated.

August 3, 2006
DATE

JAMES WARE
Designated Judge
District Court of Guam

ORIGINAL