# DISTRICT COURT OF GUAM

**4th Floor, U.S. Courthouse**
**520 West Soledad Avenue**
**Hagåtña, Guam 96910**

| | |
|---|---|
| USA,<br><br>        Plaintiff,<br><br>vs.<br><br>Steven Salii,<br><br>        Defendant. | Case No. 1:05-cr-00048<br><br><br><br>**CERTIFICATE OF SERVICE** |

The following office(s)/individual(s) acknowledged receipt of the *Order Granting Stipulated Motion to Dismiss Indictment filed August 4, 2006, and Notice of Entry of Order filed August 7, 2006*, on the dates indicated below:

*U.S. Attorney's Office*             *Cabot Mantanona LLP*
*August 8, 2006*                     *August 8, 2006*

I, Melissa L. Trauner, declare under the penalty of perjury that on the above listed date(s) the:

*Order Granting Stipulated Motion to Dismiss Indictment filed August 4, 2006, and Notice of Entry of Order filed August 7, 2006*

were served on the above listed entities in the manner shown, and that I prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Date: August 9, 2006                          /s/ Melissa L. Trauner
                                              Deputy Clerk