CABOT
MANTANONA LLP
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

FILED
DISTRICT COURT OF GUAM
AUG 16 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR-05-00048-002 |
| ) | |
| vs. ) | |
| ) | **MOTION FOR RELEASE OF** |
| STEVEN SALII ) | **PASSPORT** |
| ) | |
| Defendant. ) | |

The indictment in the above entitled case was dismissed without prejudice on August 4, 2006. The defendant is a citizen of Palau and now seeks to return home. Defendant respectfully moves for the release of his passport since there is no case pending against him.

Dated this 16th day of August, 2006.

          **CABOT MANTANONA LLP**
          Attorneys for Defendant

By: _____
      **RAWLEN M T MANTANONA, ESQ.**

RMTM:fdm