**CABOT**
**MANTANONA LLP**
BankPacific Building, 2nd Floor
825 South Marine Drive Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

Attorneys for **Steven Salii**

FILED
DISTRICT COURT OF GUAM
AUG 17 2006
MARY L.M. MORAN
CLERK OF COURT

## DISTRICT COURT OF GUAM

## TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> STEVEN SALII ) <br> ) <br> Defendant. ) <br> ) | Criminal Case No. 05-00048-002 <br><br> **ORDER FOR RELEASE OF PASSPORT** |

The indictment in the above-entitled case having been dismissed without prejudice on August 4, 2006; accordingly,

IT IS HEREBY ORDERED that the Clerk of Court release the Defendant's passport to him or his attorney.

Executed: August 17, 2006.

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge, District Court of Guam

**ORIGINAL**