PS 40A
(REV. 6/05)

UNITED STATES DISTRICT COURT

# NOTICE REGARDING FOREIGN PASSPORT FOR CRIMINAL DEFENDANT

TO: Immigration and Customs Enforcement
Attn: Detention and Removal Operations
108 Hernan Cortez, Suite 100
Hagatna, Guam 96910

FROM: Carmen D. O'Mallan, U.S. Probation Officer
2nd Floor, U.S. Courthouse
520 West Soledad Avenue
Hagatna, Guam 96910

[ ] Original Notice           [X] Disposition of Original Notice

**FILED**
**DISTRICT COURT OF GUAM**
**SEP -7 2006**
**MARY L.M. MORAN**
**CLERK OF COURT**

Date: **December 19, 2005**
By: **Joaquin V.E. Manibusan, Jr.**
    **U.S. Magistrate Judge**

Date: **August 3, 2006**
By: **James Ware**
    **Designated U.S. District Judge**

---

Defendant: **SALII, Steven R.**                    Case Number: **USDC CR. CS. NO. 05-00048-002**
Date of Birth: **XX-XX-1959**                      Place of Birth: **Koror, Palau**
SSN: **none**                                       Alien ("A") Number: _____

---

**NOTICE OF COURT ORDER** (Order Date: **December 19, 2005**)

[X] The above-named defendant surrendered Passport Number **XXXXXXXX** (Issuing Country: **Palau**) to the custody of the U.S. District Court on **Guam**.

---

**NOTICE OF DISPOSITION**

The above case has been disposed of and the above order of the court is no longer in effect.

[X] Defendant not convicted.

[ ] Defendant convicted.

---

Distribution:
Original to Clerk of Court
Original to Case File
Department of State
    [X] Not Convicted - Document returned to defendant.
    [ ] Not Convicted - Document enclosed for further investigation due to evidence that the document may have been issued in a false name.
    [ ] Convicted - Document and copy of Judgment enclosed.
Defendant (or representative)