FILED
DISTRICT COURT OF GUAM

MAY 20 2008

JEANNE G. QUINATA
Clerk of Court

# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>STEVEN SALII,<br><br>    Defendant. | CRIMINAL CASE NO. 05-00048-002<br><br><br>RECEIPT OF EXHIBITS |

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

[ X ] Government's      [ ] Defendant's      [ ] Joint

**EXHIBIT NO.**      **DESCRIPTION**

SEE ATTACHED UNITED STATES' EXHIBIT LIST FILED ON 3/2/2006

SEE ATTACHED UNITED STATES' AMENDED EXHIBIT LIST FILED ON 7/5/2006

_JEmmanuel_
Signature

_Jackie Emmanuel_
Name

_5/20/08_
Date

_U.S. Attorney's Office_
Office/Firm Receiving Exhibits

stevensaliiexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 05-00048 |
| Plaintiff, | |
| vs. | **UNITED STATES' EXHIBIT LIST** |
| STEVEN SALII, | |
| Defendant. | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this <u>2nd</u> day of March, 2006.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and NMI

By: _____
      KARON V. JOHNSON
      Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Photograph of Yan QIU (black & white) | 6·27·06 | 6·26·06 |
| 2) | Biopage of passport of Yuk Ching FU — Republic of Singapore Entire Passport (orange) | 6·27·06 | 6·26·06 |
| 3) | Customs Declaration of QIU on December 5, 2004 | 6·27·06 | 6·26·06 |
| 4) | Customs Declaration of Salii on December 5, 2004 | 6·27·06 | 6·26·06 |
| 5) | Continental reservation history (copy w/ Yellow highlighted areas) | 6·27·06 | 6·26·06 |
| 6) | Passenger list, CO 954, Koror to Guam | 6·28·06 | 6·26·06 |
| 7) | Continental passenger history re CO 954 | 6·28·06 | 6·26·06 |
| 8) | Reservation/passenger history, CO 953, Guam to Koror | 6·28·06 | 6·26·06 |
| 9) | Passenger list, CO 953 (generated by Immigration) | 6·28·06 | 6·26·06 |

stevensaliiexh

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JUL -5 2006

MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 05-00048 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' AMENDED EXHIBIT LIST** |
| STEVEN SALII, ) | |
| Defendant. ) | |

COMES NOW the United States and hereby files with the Court the following proposed exhibits to be introduced in its case-in-chief:

Respectfully submitted this 5th day of July, 2006.

                    LEONARDO M. RAPADAS
                    United States Attorney
                    Districts of Guam and NMI

By:    _____
        KARON V. JOHNSON
        Assistant U.S. Attorney

## UNITED STATES' EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Date Admitted |
|---|---|---|---|
| 1) | Photograph of Yan QIU (colored) | 7-5-06 | 7-5-06 |
| 2) | Biopage of passport of Yuk Ching FU (orange passport) | 7-5-06 | 7-5-06 |
| 3) | Customs Declaration of QIU on December 5, 2004 | | 7-5-06 |
| 4) | Customs Declaration of Salii on December 5, 2004 | | 7-5-06 |
| 5) | Continental reservation history | 7-5-06 | 7-5-06 |
| 6) | Passenger list, CO 954, Koror to Guam | 7-5-06 | 7-5-06 |
| 7) | Continental passenger history re CO 954 | 7-5-06 | 7-5-06 |
| 8) | Reservation/passenger history, CO 953, Guam to Koror | 7-5-06 | 7-5-06 |
| 9) | Passenger list, CO 953 | 7-6-06 | 7-5-06 |
| 10) | Photo throw-down shown to Qiu Yan | 7-5-06 | 7-5-06 |
| 11) | Photo throw-down shown to Dan Zhu | 7-5-06 | 7-5-06 |
| 12) | Payroll Records from Palau Ministry of Finance: (A) Pay Periods for 2004 (Nov-Dec 2004) | 7-6-06 | 7-5-06 |
| | (B) Timesheet prepared by Ms. Etiterngel | 7-6-06 | 7-5-06 |
| | (C) Timesheet sent to Finance Office for Payperiod 11/28/04 - 12/11/04 | 7-6-06 | 7-5-06 |
| 13) | Side-by-side photographs of Qiu and Ching | 7-5-06 | 7-5-06 |
| *12C | Application for leave, 12/6/04 - 01/04/05 Steven Salii | 7-6-06 | 7-6-06 |
| *12B | Republic of Palau Timesheet for Cycle Ending 12/11/04 | 7-6-06 | 7-6-06 |
| *12A | Palau Bureau of Public Works Timesheet for pay period #26, year 2004 | 7-6-06 | 7-6-06 |

*substituted for*