## IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 05-00048-002 |
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| STEVEN SALII, | ) | |
| Defendant. | ) | |

Upon the Defendant's filing of a Motion to Unseal documents (see Docket No. 179) and for good cause shown therein, the court orders the following documents be unsealed:

- Docket No. 35: Motion for Investigator;
- Docket No. 36: Memorandum in Support of Motion for Investigator;
- Docket No. 37: Order Granting Motion for Investigator;
- Docket No. 39: Motion for Permission to Travel and Conduct Investigation Off Island;
- Docket No. 40: Memorandum in Support of Motion for Permission to Travel and Conduct Investigation Off Island;
- Docket No. 49: Minute Entry re Motion to Continue Trial and Motion for Permission to Travel and Conduct Investigation Off Island;
- Docket No. 50: Order re Stipulation to continue Trial and Motion for Permission to Travel and Conduct Investigation Off Island;
- Docket No. 57: Defendant's Second Motion for Permission to Travel and Conduct Investigation Off Island;
- Docket No. 58: Memorandum in Support of Second Motion for Permission to Travel and Conduct Investigation Off Island;

///

United States v. Steven Salii, Criminal Case Nos. 05-00048-002
Order Unsealing Documents
- Docket No. 64: Order Granting Second Motion for Permission to Travel and Conduct Investigation Off Island;

- Docket No. 77: Request for Palauan Interpreter at Trial; and

- Docket No. 91: Order Granting Request for Palauan Interpreter at Trial.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 19, 2008

- Docket No. 64: Order Granting Second Motion for Permission to Travel and Conduct Investigation Off Island;
- Docket No. 77: Request for Palauan Interpreter at Trial; and
- Docket No. 91: Order Granting Request for Palauan Interpreter at Trial.

IT IS SO ORDERED.



/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
Dated: Aug 19, 2008